FULL NAME Jacoby N. Pope Sr.

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION CSP-Corcoran P.O. Box 3471 (3C05-107)

Corcoran, CA. 93212

PRISON NUMBER (if applicable) V71862

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY          TV          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jacoby N. Pope Sr.

PLAINTIFF,

v.

Trent Allen, M. Thomas, S. Bonyor, Ruiz, P. Soto, F. Covarrubias, J. Galaviz, P. Ramirez-Ruiz, G. Quim, T. Lopez

DEFENDANT(S).

CASE NUMBER 2:23-CV-00358-FMO-KES

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____1_____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   In Previous lawsuit, Correctional Officer Garcia. went in his legal defense box sent from plaintiff's Attorney without Plaintiff present. The other Correctional Officers attempted to cover it up and not note The Box was open when Plaintiff recieved it. They sent legal Box back And ultimately caused Plaintiff to be procedurally barred from the Federal Courts because he missed the deadlines.

a.  Parties to this previous lawsuit:
Plaintiff _Myself (Jacoby Pope Jr.)_

Defendants _R. Garcia, Sgt. Sway, C/o Breckenridge, C/o McKnight and_
_C/o Barbour_

b.  Court _United States District Court Eastern District of California_

c.  Docket or case number _0909051_

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Complaint Dismissed on Summary Judgment_

f.  Issues raised: _Denial of Access to The Courts (First Amendment Violation)_

g.  Approximate date of filing lawsuit: _January 5th, 2011_

h.  Approximate date of disposition _Complaint Dismissed in Summary Judgment_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes    ☐ No

    If your answer is no, explain why not _____

3.  Is the grievance procedure completed? ☑ Yes    ☐ No

    If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Jacoby Pope Sr._
(print plaintiff's name)

who presently resides at _California State Prison – Corcoran_,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Salinas Valley State Prison_
(institution/city where violation occurred)

on (date or dates) _May 22, 2022, May 23, 2022_ _May 22, 2022, May 23, 2023_ , _____
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _Trent Allen_ resides or works at
(full name of first defendant)

_Salinas Valley State Prison_
(full address of first defendant)

_Warden_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed as Warden of Salinas Valley State Prison of The California Department of Corrections_

2.  Defendant _M. Thomas_ resides or works at
(full name of first defendant)

_Salinas Valley State Prison_
(full address of first defendant)

_Captain_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed as Captain of Salinas Valley State Prison of The California Department of Corrections_

3.  Defendant _S. Bangar_ resides or works at
(full name of first defendant)

_Salinas Valley State Prison_
(full address of first defendant)

_Lieutenant_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed as Lieutenant of Salinas Valley State Prison of the California Department of Corrections_

on (date or dates) _____ , _____ , _____

           (Claim I)          (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4. Defendant _____Ruiz_____ resides or works at
(full name of first defendant)

_____Salinas Valley State Prison_____
(full address of first defendant)

_____Lieutenant_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_____Employed as Lieutenant of Salinas Valley State Prison of the_____
_____California Department of Corrections_____

5. Defendant _____P. Soto_____ resides or works at
(full name of first defendant)

_____Salinas Valley State Prison_____
(full address of first defendant)

_____Sergeant_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_____Employed as Sergeant of Salinas Valley State Prison of the_____
_____California Department of Corrections_____

6. Defendant _____F. Covarrubias_____ resides or works at
(full name of first defendant)

_____Salinas Valley State Prison_____
(full address of first defendant)

_____Sergeant_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

_____Employed as Sergeant of Salinas Valley State Prison of the_____
_____California Department of Corrections_____

**7.** Defendant ___I. Galaviz___ resides or works at
(full name of first defendant)

___Salinas Valley State Prison___
(full address of first defendant)

___Sergeant___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

Employed as Sergeant of Salinas Valley State Prison of The
California Department of Corrections

**8.** Defendant ___P. Ramirez-Ruiz___ resides or works at

(full name of first defendant)

___Salinas Valley State Prison___
(full address of first defendant)

___Correctional Officer___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

Employed as Correctional Officer of Salinas Valley State Prison of the
California Department of Corrections

**9.** Defendant _G. Quirez_ _____ resides or works at
(full name of first defendant)

_Salinas Valley State Prison_ _____
(full address of first defendant)

_Correctional Officer_ _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ Individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed as Correctional Officer of Salinas Valley State Prison of the_
_California Department of Corrections_

**10.** Defendant _T. Lopez_ _____ resides or works at
(full name of first defendant)

_Salinas Valley State Prison_ _____
(full address of first defendant)

_Correctional Officer / Union Representative_ _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ Individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed as Correctional Officer / Union Representative of Salinas Valley_
_State Prison of the California Department of Corrections_

---

**D. CLAIMS***

<div align="center">

**CLAIM I**

</div>

The following civil right has been violated:

*See Attachment Page*

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

*See Attachment Page*

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**D. CLAIMS\***

<div align="center">

**CLAIM 1**

</div>

The following civil right has been violated:

See Attachment Page

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

See Attachment Page

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_See Attachment Page_

December 12th, 2022
*(Date)*

*(Signature of Plaintiff)*

A Jacoby N. Pope Sr. V718663
CSP-Corcoran
P.O. Box 3471 / 3C05-107
Corcoran, CA. 93212
Pro Se

1

2

3                     United States District Court

4                   Central District Of California

5

6   Jacoby N. Pope Sr.

7           Prisoner / Plaintiff,              COMPLAINT

8                    v.                    Civil Case No. 2:23-CV-00358-FMO-KES

9

10  Warden Trent Allen, Captain M. Thomas,

11  Lieutenant S. Bangor, Lieutenant Ruiz, Sergeant P. Silva

12  Sergeant Cavarrubias, Sergeant J. Gildaviz, Officer P. Ramirez-Ruiz,

13  Officer G. Quirez, Officer T. Lopez ; individually and

14  in their official capacities as Employees/Correctional

15  Officer(s) of the Department of Corrections.

16                        Defendants,

17                                            /

18

19                   I. JURISDICTION AND VENUE

20

21  1)        This is a civil action authorized by 42 U.S.C. Section

22  1983 to redress the deprivation, under color of state law, of rights

23  secured by the Constitution of the United States. The court has

24  jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks

25  declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's

26  claims for injunctive relief are authorized by 28 U.S.C. Section

27  2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure. The

28  Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. Sct. 1367.

                              (1)

2)      The Central District is an appropriate venue under
28 U.S.C. Section 1391 (b)(2) because it is where the events
giving rise to this claim occurred.

## II. PLAINTIFF

3)      Plaintiff Jacoby N. Pope Sr., is and was at all times
mentioned herein a prisoner of the State of California in the
custody of the California Department of Corrections. He is
currently confined in CSP-Corcoran, in Corcoran, California.

## III. DEFENDANTS

4)      Defendant, Trent Allen is the Warden of
Salinas Valley State Prison. He is legally responsible for the
operation of Salinas Valley State Prison and for the welfare
of all the inmates in that prison.

5)      Defendant, M. Thomas is a Correctional Officer of
the California Department of Corrections who, at all times
mentioned in this complaint, held the rank of Captain and was
assigned to Salinas Valley State Prison.

6)      Defendant, S. Bangar is a Correctional Officer of the
California Department of Corrections who, at all times mentioned in
this complaint, held the rank of Lieutenant and was assigned
to Salinas Valley State Prison.

7)       Defendant, Ruiz is a Correctional Officer of the California Department of Corrections, who, at all times mentioned in this complaint, held the rank of Lieutenant and was assigned to Salinas Valley State Prison.

8.)       Defendant, P. Soto is a Correctional Officer of the California Department of Corrections who, at all times mentioned in this complaint, held The rank of Sergeant and was assigned to Salinas Valley State Prison.

9.)       Defendant, F. Covarrubias is a Correctional Officer of the California Department of Corrections who, at all times mentioned in this complaint, held the rank of Sergeant and was assigned to Salinas Valley State Prison.

10.)       Defendant, J. Gutaviz is a Correctional Officer of the California Department of Corrections who, at all times mentioned in this complaint, held the rank of Sergeant and was assigned to Salinas Valley State Prison.

11)       Defendant, P. Ramirez-Ruiz is a Correctional Officer of the California Department of Corrections who, at all times mentioned in this complaint, held the rank of Correctional Officer and was assigned to Salinas Valley State Prison.

12)    Defendant, G. Quiroz is a Correctional Officer of the California
Department of Corrections who, at all times mentioned in this complaint,
held the rank of Correctional Officer and was assigned to
Salinas Valley State Prison.

13)    Defendant, T. Lopez is a Correctional Officer of the
California Department of Corrections who, at all times mentioned in this
complaint, held the rank of Correctional Officer / Union Representative
and was assigned to Salinas Valley State Prison.

(4)

## III FACTS

1  Factual Background of Assault # 1

2

3  15)          On May 22, 2022 at approximately 1400 hrs Plaintiff
4  Pope while he was housed on B Facility Building 5 in cell 228 solely
5  occupied by himself, he was awaken from his sleep to multiple punches
6  and kicks from (5) other inmates, beating him and attempting to pull
7  his pants off. This occurred while the B Facility was on a 24 hour
8  threat assessment due to ongoing violence on the Facility grounds from
9  several batteries on correctional staff. B Facility B1, B3, B4 and B5
10 were placed on Modified Program to facilitate searches of dangerous
11 contraband, conduct interviews and Administrative review. Also it would
12 be Controlled Movement, Escort of all Movement and One Inmate per
13 Shower Nozzle - On the inmates own tier when inmates were given the
14 opportunity to shower. This was the Plan of Operation signed by the
15 Warden Trent Allen, Associate Warden Tristan Lemon, reviewed and signed
16 by B Facility Captain M. Thomas and Upon Information and belief Acting
17 Captain at the time Lieutenant Monty Sterns. (See Plaintiffs 602 Exhibit (A)
18 Containing May 18, 19th and 22nd, 2022 Daily Program Status Report Part A)
19 16)          C/O Ramirez-Ruiz was the officer working the tower
20 in Building 5 in charge of the doors being opened and closed at the
21 time in question; while C/O Quirez was the supervising officer on the
22 floor of B-Facility Building 5. C/O Quirez was the sole officer working
23 the floor of Building 5 on 2nd Watch. Which meant that it shouldn't have
24 been any inmates out roaming around without escort on the floor and each inmate
25 out taking a shower should've been secured in the shower with shower gate locked.
26 Upon information and belief Sergeant P. Soto authorized the shower program to
27 be ran in such a manner, with no inmates being escorted to and from the showers
28 and did not give a directive that the shower gate to the showers be locked

(5)

1  and secured although the Program Status Report specifically stated that all movement
2  amongst inmates shall be escorted and unclothed body searches with hand held
3  metal detector should've been conducted as well, which was not done. Violating
4  the B Facility policy set for that institution at the time. (Pursuant to Title
5  15 Section 3271 Responsibility of Employees.)
6  17.)              Plaintiff Pope sustained lacerations to the facial area,
7  head trauma and back injuries. Plaintiff was severely beaten in his cell
8  unconscious, but managed to regain consciousness by the time the correctional
9  staff made it to his cell. Plaintiff Pope still does not know how (5) inmates
10 who were supposed to be escorted by correctional staff to and from the
11 showers due to Modified Program for ongoing violence and during a staff
12 shortage with one floor officer present in the building, were able to enter
13 his cell and attempt to take his life? Plaintiff was taken to the holding
14 cell cages located in B Facility Program Office and not given medical
15 attention. Plaintiff Pope was disorientated after being unconscious and
16 was coerced into signing a compatibility chrono with all (5) inmates who
17 assaulted him. He believed he was signing a medical clearance to be
18 taken to the outside hospital for head trauma by C/o Martinez, Sergeant
19 Soto and Lieutenant S Bangor. Upon information and belief Captain M.Thurit
20 was phoned and notified of the incident and gave the permission to place
21 Plaintiff Pope back on the B Facility Building 5 Cell 228 and on the
22 same tier with the same (5) inmates who had just previously assaulted
23 him. Plaintiff was later issued a Rules Violations Report (RVR) to cover-up
24 the fact he had been assaulted by (5) inmates in his cell. (See Plaintiff Exhibit(B)
25 Pope's RVR Log# 7187703) Upon information and belief Prison Policy in
26 terms of inmate on inmate assaults, a inmate when assaulted by 2 or more
27 inmates, the inmate assaulted is to be moved to Administrative Segregation
28 to secure the safety and security of the inmate assaulted and of the

institution. The inmates Case Factors will be assessed at ICC (Initial Classification Committee) and the inmate would be eventually moved to a Facility best suited to meet the inmates Case Factors for her safety.

Factual Background of Assault #2

18)         On May 23, 2022, B Facility was no longer on Modified Program but didn't run program all that day. Plaintiff Pope had another inmate exit Building 5 during pill call and notify c/o T. Lopez and Sergeant Covarrubias that he wished to come out of his cell to speak with them regarding a cell move. Plaintiff was released out of his cell and he went to the program office. He was greeted in the Sergeant's office with c/o T. Lopez, Sergeant Covarrubias, Sergeant Galavie and Lieutenant Ruiz. Plaintiff Pope told them all that he wanted a cell move to Building 4 out of the Building 5 with all the inmates who assaulted him the previous day, and he didn't feel comfortable in that Building around those inmates. The Correctional Officers laughed it off, claimed they understood but never moved him. He then went to Building 4 to find a cell to move into immediately. It took Plaintiff some time to find a cell, when he located a cell he exited Building 4 and was attacked again by (7) inmates this time, attempting to enter back into Building 5. Two of the seven inmates being involved in the previous assault before. (See Plaintiff's Administrative Segregation Unit Placement Notice) Plaintiff Pope was again not packed with punches and kicks and poked with a weapon above the eye, causing a deep laceration. He sustained a left nasal fracture, severe head trauma causing lumps and abrasions and further back injuries. Plaintiff was provided medical attention this time and placed in a Ambulance

Exhibit (c)

to the Emergency room at Natividad Medical Center for his head trauma (See Exhibit (D) Plaintiffs Medical Records.) Plaintiffs further back injury has caused him to not be able to work. He can only lift a maximum of 10lbs and can only stand for up to a hour at a time. (See Exhibit (E) Plaintiffs Medical lay-in)

In both Assaults Correctional Officers named where Negligent, and acted unreasonable with Deliberate Indifference.

CLAIM # 1

1  Deliberate Indifference

3  Violation of Plaintiff's Eigth Amendment
4  (Hutchinson v. McCabee, 168 F.Supp. 2d 101, 102-04 (S.D.N.Y. 2001)

6  Objective Evidence:

8  Plaintiff's prison conditions exposed him to a "unreasonable
9  risk of serious harm. The Constitution requires Prison Officials
10  to provide "Reasonable Safety," for Prisoners. Prison Officials shall
11  protect Inmates from Assault by other Inmates.

13  19)          Plaintiff was exposed to a unreasonable risk
14  of serious harm, when on May 22, 2022 Correctional Officers(s)
15  P. Ramirez-Ruiz ;   G. Quiroz and Program Supervising Officer
16  Sergeant P. Soto  allowed (5) inmates to enter his cell while he
17  was asleep and assault him during Facility B Modified Program
18  for on-going violence. (See Exhibit (A) Plaintiff's 602 Log #263737)
19  Plaintiff was sent back to the yard by Sgt. P. Soto, Lieutenant J Banger and
20  Captain M. Thomas and given a 115 Rules Violation Report to cover-up
21  the blatant assault allowed by Their Correctional Staff (See Exhibit (B)
22  Plaintiff's RVR log # 7187703) Plaintiff sustained facial Lacerations
23  and Serious Bodily Injury (SBI) by being knocked unconscious

Subjective Evidence:

Prison Officials Knew Plaintiff was being deprived of adequate reasonable safety and failed to act reasonably.

20) Plaintiff Pepe was sent back to the B Facility yard by Sgt. P. Soto, Lieutenant S. Bangar and Captain M. Thomas and placed back in the same cell (B5-228) were he was just assaulted with blood everywhere and on the same tier with all five inmates that had just assaulted him. On May 23, 2022, Plaintiff told Correctional Officer T. Lopez, Sergeant Covarrubias, Sergeant Galaviz and Lieutenant Ruiz that he wanted to be moved out of the building, giving them all a chance to act reasonably but Plaintiff was never moved. While entering Building 5 were he lived he was assaulted again by (7) inmates, two of which were involved in the first assault on May 22, 2022. (See Exhibit (C) Plaintiffs Administrative Segregation Unit Placement Notice) This amounted to Deliberate Indifference by showing reckless disregard to Plaintiffs safety by keeping him on that Facility and in the same cell. (Hutchinson v. McCabee, 168 F. Supp. 2d 101, 102-04 (S.D.N.Y. 2001) Plaintiff sustained a left nasal fracture that restricts Plaintiff from breathing at his nose, head trauma causing migraines, dizziness, as well as further lacerations to the head facial area, serious nerve damage to his lower back preventing him from working and future wages. Being

only able to lift 10 pounds and not being able to stand for longer than a hour. (See Exhibit (E) Plaintiff's Medical (x-ray-in) and psychological injury being diagnosed with PTSD from the assaults. (See Exhibit (D) Plaintiffs Medical Records 16 pages)

## CLAIM #2

Employee Negligence Involving Assault #1

There are four things you need to show in a negligence claim: Duty, Breach, Causation And Damages.

21.) Correctional Officer(s) P. Ramirez-Ruiz and G. Quirez had a duty to keep Plaintiff Pope safe from physical assault and to follow Facility procedures governing the restriction of inmate movement during a lockdown or modified program, and breached that duty when defendants circumvented Facility procedures established in Daily Program Status Report on May 22, 2022. (Pursuant Title 15 Section 3271 Responsibility of Employees)

22.) C/O G. Quiroz is negligent by at escorting inmates to and from the showers and making sure each shower was secure while on Modified Program but not only that, in addition his duty was breached while the Facility was short of staff, C/O P. Ramirez-Ruiz operated in concert with C/O G. Quirez in breaching they're duties, by opening Plaintiff's door while multiple semi-unattended inmates congregated on the top tier due to only one floor officer available to supervice the floor. Furthermore C/O G. Quiroz never being infront of Plaintiff's door instructing the opening of the cell door and not being prepared to escort Plaintiff to the shower showed gross negligence in connection with the first assault on Plaintiff May 22, 2022 (Pursuant Title 15 Section 3274. Inmate Count and Movement (c))

23.) Plaintiff Pope was asleep when inmates instructed or asked C/O P. Ramirez-Ruiz to open Plaintiff's door. He was never asked whether he wished his door opened for any reason, particularly for multiple inmates who stood infront of his door or off to the side

1   and/or for a shower. Being awoken in such a way as punches and kicks
2   and inmates attempting to pull his pants off beating him till he was bleeding
3   from lacerations, lower back seriously damaged and unconscious. This caused
4   Plaintiff psychological damages as well. He now suffers from night terrors,
5   he's developed a form of insomnia, and severe PTSD.
6   24)        Sergeant P. Sola was also negligent for authorizing that
7   a shower program be ran in such a manner on Modified Program,
8   in doing so anyone could of been hurt including his own staff due
9   to a lack of supervision, with the shortage of staff. Pursuant to
10  Title 15 Section 3270 General Policy)
11  25)        The requirement of custodial security and of staff,
12  inmate and public safety must take precedence over all other
13  considerations in the operation of all the programs and activities of
14  the institutions of the department.
15  26)        Sergeant P. Sola being the Supervising Officer on
16  shift at that time had a duty to counsel, instruct, advise and/or
17  supervise against running a shower program in such a manner that
18  inmates weren't getting escorted to and from the shower, if not
19  escorted at least made sure that the inmates, were safely locked
20  in the showers before any other doors were opened to maintain
21  safety and security.
22  27)        Lieutenant Banger and Captain M. Thomas had a duty
23  to seperate plaintiff from those who actively participated in assaulting him
24  once they realized it was (5) inmates who entered Plaintiff's cell and
25  assaulted him and to keep him safe from further harm.
26
27
23

Employee Negligence Involving Assault #2

28)        May 23, 2022 Correctional Officer T. Lopez, Sergeant F. Covarrubias, Sergeant J. Galaviz and Lieutenant Ruiz had a duty to separate Plaintiff from those who actively participated in assaulting Plaintiff the first time and to keep him safe once they called him to the program office and he expressed his desire to move to Building 4 and mentioned being uncomfortable with being in the same building as his attackers in Building 5.

       Title 15 Section 3271. Responsibility of Employees
"Every employee, regardless of his or her assignment, is responsible for the safe custody of the inmates confined in the institutions of the department."

       Title 15 Section 3286. Controlling and Reporting Fights
"When inmates fight, the participants must be separated at once. The participants will be placed in detention, unless in the judgment of a superior officer circumstances do not warrant such action..."

29)        By not acting immediately and circumventing procedures and regulations in Section 3286. — "When inmates fight, the participants must be separated at once." Their negligence was the causation for the 2nd assault resulting in a left nasal fracture that prevents him from breathing properly through his nose, requiring future surgery, head trauma causing migraines, dizziness and memory loss from to the point he couldn't remember his birthday. Plaintiff's lower back was further damaged causing nerve damage to his sciatic and preventing his future employment and future wages. He can not lift anything or stand for a long period of time.

## IV. EXHAUSTION OF LEGAL REMEDIES

30.)        Plaintiff Pape used the prisoner grievance procedure available at Salinas Valley State Prison to try and solve the problem. On June 1st, 2022, Plaintiff Pape presented the facts relating to this complaint. On June 16th, 2022, Plaintiff Pape was sent a response saying that the grievance had been denied or rather stated grievance was referred to an outside agency, unknown to Plaintiff Pape? It was further stated. Plaintiff Pape had exhausted all administrative remedies for that claim. (See Exhibit (A) Plaintiffs 602 Grievance). On July 9th or so, 2022 he appealed the denial of the grievance.

## V. LEGAL CLAIMS

31.) Plaintiff reallege and incorporate by reference paragraphs 1-29

32) Plaintiff brings forth a case raising both federal and state law claims. Under the legal principle of "res judicta," where the same wrongful action or decision of prison officials or staff violated both federal and state law, a prisoner can bring both types of claims in a federal civil rights lawsuit.

33) Claim #1: The Defendants Deliberate Indifference to unsafe prison conditions violated Plaintiff Pope's rights and constituted Cruel and Unusual Punishment under the Eighth Amendment to the United States Constitution.

34) Claim #2: The Defendants Negligence to unsafe prison conditions violated Plaintiff Pope's rights and constituted Prison Officials breach of their duties to protect Plaintiff from unreasonable risks under the California State Constitution.

35.) The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VI. PRAYER FOR RELIEF

36.) Wherefore, Plaintiff respectfully prays that this court enter judgment granting plaintiff:

37.)      A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

38.)    A permanent injunction which:

a.) Require that if two or more inmates assault another inmate, the inmate assaulted be moved to a safe Facility that is best suited or suitable to the inmates case factors, and specifically where the inmate that was assaulted chooses.

b.) Prohibits defendants, their agents, employees, successors, in interest and all other persons in active concert or participation with them, from harassing, threatening, punishing or retaliating in any way against the Plaintiff because they filed this action or against any other p isoners because they submitted affidavits in this case on behalf of Plaintiff, or from transferring plaintiff to any other institution, without their express consent during the pendency of this action.

39.)  Compensatory damages in the amount of $80,000⁰⁰ (Eighty thousand U.S. Dollars) against each defendant; Defendant Trent Allen, Defendant P. Ramirez-Ruiz, Defendant G. Quiroz, Defendant P. Soto, Defendant S. Bangar, Defendant M. Thomas, Defendant F. Covarrubias, Defendant J. Galaviz, Defendant Ruiz and Defendant T. Lopez, for a total of $800,000⁰⁰ (Eight Hundred Thousand U.S. Dollars)

40.)    Punitive damages in the amount of $80,000.00 (Eighty Thousand U.S. Dollars) against each defendant; Defendant Trent Allen, Defendant P. Ramirez-Ruiz, Defendant G. Quirez, Defendant P. Soto, Defendant S. Bongar, Defendant M. Thomas, Defendant F. Covarrubias, Defendant J. Galaviz, Defendant Ruiz and Defendant T. Lopez, for a total of $800,000.00 (Eight Hundred Thousand U.S. Dollars)

41.)    A jury trial on all issues triable by jury.

42.)    Plaintiff's costs in this suit.

43.)    Any additional relief this court deems just, proper and equitable.

Dated: Dec. 12th, 2022

Respectfully Submitted,

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed At Corcoran, California on Dec 12th 2022

Jacoby Pope Sr

(18)

# EXHIBIT COVER PAGE

A

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____8_____ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Applellate Court

☐ State Supreme Court

☑ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections and Rehabilitation has added department language (shown inside brackets, in non boldface type) for clarification purposes.

Pursuant to Penal Code 148.6 anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAIN A POLICE OFFICER** [this includes a department peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmates'/parolees'] **COMPLAINTS AND ANY REPORTS OR FINDING RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANTS PRINTED NAME | COMPLAINANTS SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Jacby Pope Sr. | | 6·1·2022 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDCD NUMBER | DATE SIGNED |
| Jacby Pope Sr. | | ✓H862 | 6·1·2022 |
| RECEIVING STAFF'S NAME PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION
ORIGINAL
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parolee Administrator
Copy – Complainant

 CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** POPE, JACOBY N.                **CDC#:** V71862

**Date:** 06/06/2022

**Current Location:** SVSP-STRH                **Current Area/Bed:** Z 009 1137001L

**From:** Office of Grievances at Salinas Valley State Prison

**Re:** Log # 000000263737

The California Department of Corrections and Rehabilitation Office of Grievances at Salinas Valley State Prison received your grievance on 06/06/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 08/06/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                              Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 243737 | |
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Pope, Jacoby | [V71862] | Z9-137 | N/A |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

"Citizen Complaint"

**A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A):** The Constitution Requires Prison Officials To Provide "Reasonable Safety" For Prisoners. Prison Officials Shall Protect Inmates From Assault By Other Inmates. Failure To Do So Unnecessarily and/or Unsuccessfully Due To "DELIBERATE INDIFFERENCE" Or "Reckless DISREGARD" For Safety By Failing To "ACT REASONABLY" Is A Clear Violation of Petitioner Pope's

**B.  Action requested (If you need more space, use Section B of the CDCR 602-A):** 1) Petitioner requests he reviewed & re-evaluation of his facial fractures. 2) Better Medication for his pain. 3) Mental Health evaluation and treatment to better help his PTSD. 4) Letter of Recommendation for Resentencing pursuant to 1170.03 for "Change in Sentencing law" and "Sentencing error/ discrepancy" in the interest of justice from SVSP Warden, so Petitioner never has to deal with being assaulted again. ✓

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

~~May 18, 2022~~ Daily Program Status Report PART A (Attachment A) PSR ③
~~May 19, 2022~~
~~May 23, 2022~~ All (3) PSR's are enclosed with this Appeal.

☐ No, I have not attached any supporting documents.  Reason : _____

Inmate/Parolee Signature: _____    Date Submitted: 6-1-2022    RECEIVED JUN - 6 2022

☐ By placing my initials in this box, I waive my right to receive an interview.

**C.  First Level - Staff Use Only**                         Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes   ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.
    Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
    Date of Interview: _____  Interview Location: _____
Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
    See attached letter.  If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____
Reviewer: _____ (Print Name)  Title: _____  Signature: _____
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

STAFF USE ONLY

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** _____     **Date Submitted:** _____

**E. Second Level - Staff Use Only**        **Staff – Check One:  Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____     Date: _____     Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____     Title: _____     Date Assigned: _____     Date Due: _____

Second Level Responder: Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview:
Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____     Title: _____     Signature: _____     Date completed: _____
(Print Name)
Reviewer: _____     Title: _____     Signature: _____
(Print Name)
Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ___ / ___ / ___ |

**F. If you are dissatisfied with the Second Level response,** explain reason below, attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** _____     **Date Submitted:** _____

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:
See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ___ / ___ / ___ |

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

**Inmate/Parolee Signature:** _____     Date: _____

Print Staff Name: _____     Title: _____     Signature: _____     Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 263737 | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

Name (Last, First): Pope, Jacoby    CDC Number: [VH862]    Unit/Cell Number: Z9-137    Assignment: N/A

**A. Continuation of CDCR 602, Section A only (Explain your issue):** EIGHTH and FOURTEENTH AMENDMENTS. "NEGLIGENT TO PRISON POLICY."
Petitioner takes very serious issue with holding liability on WARDEN "Trent Allen" and all subordinate correctional and medical health department
staff members, not limited to B-Facility Captain "M. Thomas", B-Facility Lieutenant "S. Ponger", B-Facility Sergeant "P. Soto",
Correctional Officer "P. Ramirez-Ruiz" and Correctional Officer "G. Quiroz". Petitioner Pope believes he was set-up by staff.
On May 12, 2022 at Salinas Valley State Prison B-Facility in Building "5" during the Prisons PSR (Program Status Report) being Modified Program
for "Ongoing Violence". Petitioner Pope was assaulted by "5" inmates, when "5" inmates entered his cell (B5-228) solely occupied by Petitioner Pope
while he was sleeping in the bed. C/o G. Quiroz is liable because he was responsible for supervising the building floor and making sure
every inmate taking showers was securely locked in the shower before another cell was opened, since PSR states an inmate takes a shower nozzle
on own floor. C/o Ramirez-Ruiz is liable because it should've only been 1 out of (2) inmates out of their cells safely secured in the shower before
Petitioner Pope's door was opened. He was awoken with punches and kicks. Pope was unable to identify any inmate. He sustained severe HEAD TRAUMA and FACIAL FRACTURES.
Pope was M.A.C. Rep at the time and officers would normally consult with him about whether a issue was resolved but due to him being personally involved, officers consulted
with the other inmates and told Petitioner Pope that he was okay to go back. His HEAD TRAUMA caused him to be disoriented and didn't know what he was signing when he was
in the holding cell. May 23, 2022 the following day Petitioner Pope was battered again by "7" inmates, on the SVSP B-Facility Recreational Main Yard. He was rushed
to the outside hospital (NAVIDAD) for HEAD TRAUMA by ambulance and treated by the Medical Center. He was given CT scans and X-Rays, then released around 3AM
the next morning and transported to Administrative Segregation (Ad-seg) Unit (Z9-109). Due to both assaults and possible attempts on his life, Petitioner Pope suffered
both physical and mental injuries. He is now having Night terrors, Anxiety and difficulty sleeping due to being awoken by assault and battery. He is currently
demonstrating symptoms of severe PTSD which will be permanent mental anguish. His facial fractures are still untreated to this day and he is in serious pain
because they were misdiagnosed by outside hospital as old, when they fresh and new fractures. He cannot remember his Birthday someday
and has began to vomit, and stutter when speaking caused by HEAD TRAUMA. Pursuant to Title 15 Section 3000.5 Rules of Construction (c) "Shall" is mandatory,
"Should" is "Advisory" and "May" is permissive.

Inmate/Parolee Signature: _____    Date Submitted: 6·1·2022

**B. Continuation of CDCR 602, Section B only (Action requested):** 5) The (2) pending issued RVR 115's ████████ Log #: 00000000 7/07065
and Log #: 00000000 719 7703 be dismissed and taken out of Petitioner's C-File in the interest of justice. 6) Petitioner requests to be
re-endorsed and transferred to California Men's Colony East (CMC-East) level 3 Facility he was previously endorsed to for his behavioral
override in the interest of justice. 7) (exity Monetary compensation for the sum total of $6.5 million U.S. Dollars.
(Six million and Five Hundred Thousand United States Dollars).

Inmate/Parolee Signature: _____    Date Submitted: 6·1· 2022

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ____________

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ____________

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022A (REV. 03/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# DAILY PROGRAM STATUS REPORT PART A – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation*
**Upon completion, distribute to ensure all staff and inmate awareness**

| PLAN EFFECTIVE FOR DATE: May 18, 2022 | INSTITUTION: Salinas Valley State Prison | PROGRAM STATUS NUMBER: SVSP-B-22-006 |
|---|---|---|

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY ☐ Approved ☐ Disapproved |
|---|---|---|---|
| ☒ INITIAL | | ☐ UPDATE | ☐ CLOSURE |

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | | INMATES AFFECTED | REASON |
|---|---|---|---|
| ☒ INSTITUTION: | SVSP | ☒ ALL | ☐ HOMICIDE |
| ☒ FACILITY (S): | Facility B | ☐ SECURITY THREAT GROUP(S): | ☐ DEATH |
| ☒ HOUSING UNIT: | Unit B1, B3-B5 | | ☐ DISTURBANCE |
| ☐ HOUSING LEVEL: | | | ☐ CONTRABAND SEARCH |
| ☐ OTHER: | | | ☒ OTHER - Ongoing violence |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☒ CRITICAL WORKERS ONLY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☐ MODIFIED: |
| ☐ IN RESTRAINTS: | ☐ CLERKS | **RECREATION** |
| ☒ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| ☒ OTHER: Hand held metal detector | ☐ CANTEEN | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL: | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING: | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☐ DORM AT A TIME | **SHOWERS** | ☒ NO CANTEEN |
| ☐ SEPARATE FROM DORM 1 INMATES | ☐ NORMAL | ☐ MODIFIED: |
| ☐ TIER AT A TIME | ☒ NOT TO EXCEED 72 HOURS | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ ESCORTED | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ MODIFIED: |
| **DUCATS** | ☒ ONE INMATE PER SHOWER NOZZLE– OWN TIER | **PHONE CALLS** |
| ☐ NORMAL | ☐ NO SHOWERS | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS | | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS ONLY | **HEALTH CARE SERVICES** | ☐ LEGAL CALLS |
| ☒ OTHER: Add-ons as necessary | ☒ NORMAL PROGRAM | ☐ MODIFIED: |
| **VISITING** | ☐ PRIORITY DUCATS ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☐ CONDUCT ROUNDS IN UNITS | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | ☐ ESCORTED TO TREATMENT AREA | ☒ CHAPLAINS CONDUCT ROUNDS |
| ☐ NO GENERAL VISITING | ☐ EMERGENCY ONLY | ☒ MODIFIED: In cell worship |
| ☐ LEGAL VISITING | ☒ Medication Distribution – Within housing units: Podium pass | **LAW LIBRARY** |
| ☒ OTHER: Handheld metal detector | | ☐ NORMAL |
| | | ☒ PLU |

**REMARKS:** On 5/15/2022 and 5/17/2022, inmates housed within Facility B battered staff resulting in Facility B being placed on a 24-hour threat assessment. On 5/18/2022, Facility B Units B1, B3-B5 are placed on modified program to facilitate searches of dangerous contraband, conduct interviews, and Administrative review.

**Education:** Homework packets shall be circulated by the Education Department to affected inmates as needed.  GED Testing and Transitions testing at Classrooms. Other education programs per the Facility Captains discretion.

**Health Care Services:** Medical staff shall circulate within the Housing Unit for the collection/distribution of CDCR 7362 (Request for Medical Care) forms. Control booth Officers shall ensure collection is documented in the Housing Unit Logbooks.  Access to Medical/Mental Health/Dental/Specialty Care ducats will not be affected by this PSR.

Program Lieutenants will ensure current PSR Part-A's are posted in the Housing Units/Control Booths.

| REVIEWED BY: M. THOMAS Facility B Captain | DATE: 5/18/2022 | NAME / SIGNATURE T. ALLEN Warden (A) | DATE:5/18/2022 | NAME/SIGNATURE (ASSOCIATE DIRECTOR)    DATE: (REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY) M.B. ATCHLEY |
|---|---|---|---|---|

DocuSign Envelope ID: C271FCE0-6E67-4E68-878A-D7A9C5CA773A

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022A (REV. 03/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# DAILY PROGRAM STATUS REPORT PART A – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation*
*Upon completion, distribute to ensure all staff and inmate awareness*

| PLAN EFFECTIVE FOR DATE: May 22, 2022 | INSTITUTION: Salinas Valley State Prison | PROGRAM STATUS NUMBER: SVSP-B-22-006 |
|---|---|---|

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY ☐ Approved  ☐ Disapproved |
|---|---|---|---|

| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |
|---|---|---|

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | | INMATES AFFECTED | REASON |
|---|---|---|---|
| ☒ INSTITUTION: | SVSP | ☒ ALL | ☐ HOMICIDE |
| ☒ FACILITY (S): | Facility B | ☐ SECURITY THREAT GROUP(S): | ☐ DEATH |
| ☒ HOUSING UNIT: | Unit B1, B3-B5 | | ☐ DISTURBANCE |
| ☐ HOUSING LEVEL: | | | ☐ CONTRABAND SEARCH - |
| ☐ OTHER: | | | ☒ OTHER - Ongoing violence |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☒ CRITICAL WORKERS ONLY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☐ MODIFIED: |
| ☐ IN RESTRAINTS: | ☐ CLERKS | **RECREATION** |
| ☒ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| ☒ OTHER: Hand held metal detector | ☐ CANTEEN | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL: | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING: | ☐ NO INMATE WORKERS | ☐ NORMAL |
|   ☐ DORM AT A TIME | **SHOWERS** | ☒ NO CANTEEN |
|   ☐ SEPARATE FROM DORM 1 INMATES | ☐ NORMAL | ☐ MODIFIED: |
|   ☐ TIER AT A TIME | ☒ NOT TO EXCEED 72 HOURS | **PACKAGES** |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ ESCORTED | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ MODIFIED: |
| **DUCATS** | ☒ ONE INMATE PER SHOWER NOZZLE– OWN TIER | **PHONE CALLS** |
| ☐ NORMAL | ☐ NO SHOWERS | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS | | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS ONLY | **HEALTH CARE SERVICES** | ☐ LEGAL CALLS |
| ☒ OTHER: Add-ons as necessary | ☐ NORMAL PROGRAM | ☐ MODIFIED: |
| **VISITING** | ☒ PRIORITY DUCATS ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☒ CONDUCT ROUNDS IN UNITS | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | ☐ ESCORTED TO TREATMENT AREA | ☒ CHAPLAINS CONDUCT ROUNDS |
| ☐ NO GENERAL VISITING | ☐ EMERGENCY ONLY | ☒ MODIFIED: In cell worship |
| ☐ LEGAL VISITING | ☒ Medication Distribution – Within housing units: Podium pass | **LAW LIBRARY** |
| ☒ OTHER: Handheld metal detector | | ☐ NORMAL |
| | | ☒ PLU |

**REMARKS:** On 5/15/2022 and 5/17/2022, inmates housed within Facility B battered staff resulting in Facility B being placed on a 24-hour threat assessment. On 5/18/2022, Facility B Units B1, B3-B5 are placed on modified program to facilitate searches of dangerous contraband, conduct interviews, and Administrative review.

Education: Homework packets shall be circulated by the Education Department to affected inmates as needed.  GED Testing and Transitions testing at Classrooms. Other education programs per the Facility Captains discretion.

Health Care Services: Medical staff shall circulate within the housing units for the collection/distribution of Requests for Medical Care Forms (CDCR 7362) and ensure documentation in the housing unit log books.  Access to Medical/Mental Health/Dental and Specialty Care shall not be affected by the Modified Program.

Education: Homework packets shall be circulated by the Education Department to affected inmates as needed.

Program Lieutenants will ensure current PSR Part-A's are posted in the Housing Unit/Control Booth.

| REVIEWED BY: M. THOMAS Facility B Captain | DATE: 5/22/2022 DocuSigned by: Monty Sterns 404D1C4BCFC24A8 | NAME / SIGNATURE T. ALLEN Warden (A) | DATE: 5/22/2022 DocuSigned by: Tristan Lemon 054BDA06157C4F3 | NAME/SIGNATURE (ASSOCIATE DIRECTOR) (REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY) M.B. ATCHLEY | DATE: |
|---|---|---|---|---|---|

DocuSign Envelope ID: A9CC24C8-652E-4440-AA78-04EA522CF70D

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022A (REV. 03/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# DAILY PROGRAM STATUS REPORT PART A – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation*
*Upon completion, distribute to ensure all staff and inmate awareness*

| PLAN EFFECTIVE FOR DATE: | INSTITUTION: | PROGRAM STATUS NUMBER: |
|---|---|---|
| May 19, 2022 | Salinas Valley State Prison | SVSP-B-22-006 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY ☐ Approved  ☐ Disapproved |
|---|---|---|---|

| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |
|---|---|---|

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | | INMATES AFFECTED | REASON |
|---|---|---|---|
| ☒ INSTITUTION: | SVSP | ☒ ALL | ☐ HOMICIDE |
| ☒ FACILITY (S): | Facility B | ☐ SECURITY THREAT GROUP(S): | ☐ DEATH |
| ☒ HOUSING UNIT: | Unit B1, B3-B5 | | ☐ DISTURBANCE |
| ☐ HOUSING LEVEL: | | | ☐ CONTRABAND SEARCH - |
| ☐ OTHER: | | | ☒ OTHER - Ongoing violence |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☒ CRITICAL WORKERS ONLY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☐ MODIFIED: |
| ☐ IN RESTRAINTS: | ☐ CLERKS | **RECREATION** |
| ☒ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| ☒ OTHER: Hand held metal detector | ☐ CANTEEN | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL: | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING: | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☐ DORM AT A TIME | **SHOWERS** | ☒ NO CANTEEN |
| ☐ SEPARATE FROM DORM 1 INMATES | ☐ NORMAL | ☐ MODIFIED: |
| ☐ TIER AT A TIME | ☒ NOT TO EXCEED 72 HOURS | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ ESCORTED | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ MODIFIED: |
| **DUCATS** | ☒ ONE INMATE PER SHOWER NOZZLE– OWN TIER | **PHONE CALLS** |
| ☐ NORMAL | ☐ NO SHOWERS | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS | | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS ONLY | **HEALTH CARE SERVICES** | ☐ LEGAL CALLS |
| ☒ OTHER: Add-ons as necessary | ☐ NORMAL PROGRAM | ☐ MODIFIED: |
| **VISITING** | ☒ PRIORITY DUCATS ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☒ CONDUCT ROUNDS IN UNITS | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | ☐ ESCORTED TO TREATMENT AREA | ☒ CHAPLAINS CONDUCT ROUNDS |
| ☐ NO GENERAL VISITING | ☐ EMERGENCY ONLY | ☒ MODIFIED: In cell worship |
| ☐ LEGAL VISITING | ☒ Medication Distribution – Within housing units: Podium pass | **LAW LIBRARY** |
| ☒ OTHER: Handheld metal detector | | ☐ NORMAL |
| | | ☒ PLU |

**REMARKS:** On 5/15/2022 and 5/17/2022, inmates housed within Facility B battered staff resulting in Facility B being placed on a 24-hour threat assessment. On 5/18/2022, Facility B Units B1, B3-B5 are placed on modified program to facilitate searches of dangerous contraband, conduct interviews, and Administrative review.

Education: Homework packets shall be circulated by the Education Department to affected inmates as needed. GED Testing and Transitions testing at Classrooms. Other education programs per the Facility Captains discretion.

Health Care Services: Medical staff shall circulate within the housing units for the collection/distribution of Requests for Medical Care Forms (CDCR 7362) and ensure documentation in the housing unit log books. Access to Medical/Mental Health/Dental and Specialty Care shall not be affected by the Modified Program.

Education: Homework packets shall be circulated by the Education Department to affected inmates as needed.

Program Lieutenants will ensure current PSR Part-A's are posted in the Housing Unit/Control Booth.

| REVIEWED BY: M. THOMAS Facility B Captain | DATE: 5/19/2022 DocuSigned by: *Monty Stern* 404D1C4BCFC24A8... | NAME / SIGNATURE T. ALLEN Warden (A) | DATE: 5/19/2022 DocuSigned by: *Tristan Lemon* 054BDA06157C4F3... | NAME/SIGNATURE (ASSOCIATE DIRECTOR) (REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY) M.B. ATCHLEY | DATE: |
|---|---|---|---|---|---|



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## OFFICE OF GRIEVANCES DECISION

**Offender Name:** POPE, JACOBY NEHEMIAH
**CDC#:** V71862

**Current Location:** COR-Facility 03C

**Date:** 06/16/2022

**Current Area/Bed:** 03C005 1 - 107001U

**Log #:** 000000263737

---

**Claim #: 001**

**Received at Institution/Parole Region:**     Salinas Valley State Prison
**Submitted to Facility/Parole District:**     SVSP-STRH
**Housing Area/Parole Unit:**
**Category:**   General Employee Performance                **Sub-Category:**   Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 06/06/2022 which you submitted on 06/06/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

---

**Claim #: 002**

**Received at Institution/Parole Region:**     Salinas Valley State Prison
**Submitted to Facility/Parole District:**     SVSP-STRH
**Housing Area/Parole Unit:**
**Category:**   Offender Services                **Sub-Category:**   Allegation against Inmate/Parolee

The California Department of Corrections and Rehabilitation received your grievance on 06/06/2022 which you submitted on 06/06/2022. Your allegation against an inmate or parolee was redirected to appropriate staff in accordance with the California Code of Regulations, title 15.

Your claim will be addressed by appropriate staff at Salinas Valley State Prison, as determined by the Reviewing Authority.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**

**Claim #: 003**

**Received at Institution/Parole Region:**    Salinas Valley State Prison

**Submitted to Facility/Parole District:**    SVSP-STRH

**Housing Area/Parole Unit:**

**Category:**    Offender Services            **Sub-Category:**   CCHCS

The California Department of Corrections and Rehabilitation received your grievance on 06/06/2022 which you submitted on 06/06/2022. This matter was redirected to the California Correctional Health Care Services Division in accordance with the California Code of Regulations, title 15.

The Health Care Grievance Coordinator will respond separately in accordance with their governing regulations.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**

# EXHIBIT COVER PAGE

B

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit:  _27_  pages.

JURISDICTION:   (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Appllellate Court |
| ☐ | State Supreme Court |
| ✓ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER V71862 | INMATE'S NAME POPE, JACOBY N. | MEPD 12/27/2057 | FACILITY SVSP-Facility B | HOUSING LOCATION SVSP-B - B 005 2 - 228001U |
|---|---|---|---|---|
| VIOLATION DATE 05/22/2022 | VIOLATION TIME 14:23:00 | VIOLATION LOCATION SVSP-Facility B - CELL | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On May 22, 2022 at approximately 1423 hours while performing my duties as Facility B5 floor officer #1, I was monitoring housing unit inmate showers from the officer podium and instructed control booth officer P. Ruiz to open cell 228 solely occupied by inmate POPE, identified by state issued identification card CDCR# V71862. I then observed one inmate approach cell door 228 and proceeded to open the door making his way inside. I observed more inmates running on the top tier from B section and C section showers making their way inside cell 228. I quickly moved to where I could get a better view and observed what appeared to be multiple inmates fighting amongst each other inside cell 228. I could see inmates striking towards each other with punching motions, however due to the number of inmates inside of cell 228, I was unable to identify who was striking who. I immediately utilized my institutional radio notifying central control "code 1 B5". I gave the combative inmates a direct verbal order to stop fighting and "get down". The combative inmates ignored my verbal orders and continued to fight. Not being able to identify how many inmates were involved or knowing if weapons were involved and fearing great bodily injury to the combative inmates, immediate force was needed to stop the attackers. To maintain a safe distance from the combative inmates while waiting for responding staff to arrive, from approximately 15 away I deployed with an underhand motion an OC blast grenade from the dayroom floor, aiming for the ground at the threshold of cell 228, approximately 2 feet away from the combative inmates, in order to gain compliance with a lawful order and to subdue the attackers. The OC blast grenade landed and detonated on the ground approximately 2 feet from the combative inmates. The OC blast grenade had a positive effect as the inmates separated from each and exited cell 228. Four inmates exited the cell and proceeded left, down the tier towards the stairwell. I also observed one inmate exit the cell and proceed right, towards C section dayroom shower as I continued to give all involved inmates verbal orders to get down on the ground. All involved inmates complied and got down on the ground as responding staff arrived to the scene. I identified the five inmates on the tier as being involved to Sergeant P. Soto and informed him that I believed one inmate to still be in cell 228. I assisted responding staff by calling the four inmates located on the left side of the upper B section tier down the stairwell, one at a time to be secured in handcuffs by assisting staff. Once all involved inmates were secured, they were escorted out of the building for holding cell placement. All inmates were then later identified by their state issued identification cards as Inmates BAILEY CDCR# AX9562 B5-220U, TUNSTALL CDCR# AH8434 B5-220L, MCCOOK CDCR#AX1897 B5-223U, ALLAGOA CDCR# BN8211, and BURNS CDCR# AS4775. I offered all inmates in the vicinity decontamination and clean linen however all inmates refused decontamination and clean linen. The contaminated area was then cleaned out with water and soap. PERNR#109369

| REPORTING EMPLOYEE G. Quiroz | TITLE C/O | ASSIGNMENT B5 FLOOR | RDO TH/F | DATE: 05/23/2022 |
|---|---|---|---|---|

| RVR LOG NUMBER:  000000007187703 | VIOLATED RULE NUMBER:  3005(d)(1) |
|---|---|
| SPECIFIC ACT:  Fighting | |

| CLASSIFICATION | |
|---|---|
| LEVEL:  Serious | OFFENSE DIVISION:  Division D |
| REFERRED TO:  Senior Hearing Officer | FELONY PROSECUTION LIKELY:  No |

| REVIEWING SUPERVISOR<br>F. Covarrubias | TITLE<br>SGT | DATE<br>05/23/2022 |
|---|---|---|

| CLASSIFIED BY<br>M. Curiel | TITLE<br>CCII | DATE<br>05/26/2022 |
|---|---|---|

CDCR SOMS ISST120 - RULES VIOLATION REPORT



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER V71862 | INMATE'S NAME POPE, JACOBY N. | MEPD 12/27/2057 | FACILITY SVSP-Facility B | HOUSING LOCATION SVSP-B - B 005 2 - 228001U |
|---|---|---|---|---|
| VIOLATION DATE 05/22/2022 | VIOLATION TIME 14:23:00 | VIOLATION LOCATION SVSP-Facility B - CELL | | |

| INMATE NOTIFICATION | | |
|---|---|---|
| POSTPONEMENT OF DISCIPLINARY HEARING | | |
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REVOKE my request for postponement. | INMATE SIGNATURE | DATE |
| STAFF ASSISTANT | | |
| ☐ REQUESTED      ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |
| INVESTIGATIVE EMPLOYEE | | |
| ☐ REQUESTED      ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |

**SUMMARY OF DISCIPLINARY PROCEDURES AND INMATE RIGHTS**
See California Code of Regulations, Title 15 (CCR) for details

**A.    TIME CONSTRAINTS -**
1.    A classified copy of the Rules Violation Report and any additional/supplemental information containing any elements of the violation charged shall normally be provided to the inmate within 15 days from the date the information leading to the charges is discovered by staff.
2.    The charges shall be heard within 30 days from the date the inmate is provided a classified copy of the Rules Violation Report unless the charges were referred for possible prosecution and the inmate has been granted a request for postponement of the disciplinary proceedings pending the outcome of the referral, if exceptional circumstances exist pursuant to CCR Section 3000, or the inmate is transferred out of the custody of the department. Postponement shall not bar any credit forfeiture.
3.    REFERRAL FOR PROSECUTION - **(Serious Rules Violations Only)** - Referrals for prosecution will not delay a disciplinary hearing unless you submit a request in writing for postponement of the hearing pending the outcome of such referral. You may revoke such request in writing at any time prior to the filing of accusatory pleadings by the prosecuting authority. A disciplinary hearing will be held within 30 days of staff receiving your written revocation of your request to postpone the hearing or within 30 days of receiving a response from the prosecuting authority. (CCR Section 3316-3320)
4.    Failure to meet the time constraints outlined in CCR Section 3320 shall preclude forfeiture of credits.

**B.    INVESTIGATIVE EMPLOYEE/STAFF ASSISTANCE -**
1.    General Information - You may request to have an Investigative Employee to assist in the investigation and/or a Staff Assistant assigned, to assist in the preparation, or presentation of your defense at the disciplinary hearing. Staff shall evaluate your request along with the criteria outlined in CCR Section 3315 (d)(1) and CCR Section 3315(d)(2) and determine if an Investigative Employee and/or Staff Assistant shall be assigned.
2.    Staff Assistant - If assigned, the Staff Assistant will inform inmates of their rights and of the disciplinary hearing procedures, advise and assist in the inmate's preparation for a disciplinary hearing, represent the inmate's position at the hearing, ensure that the inmate's position is understood, and that the inmate understands the decisions reached. (CCR Section 3318)
3.    Investigative Employee - **(Serious Rules Violations Only)** - If assigned, will gather information, question staff and inmates, screen witnesses, and complete and submit a written, non-confidential report to the disciplinary hearing officer. You have the right to receive a copy of the investigative employee's report 24 hours before a hearing is held. (CCR Section 3318)
4.    Witnesses - **(Serious Rules Violations Only)** - You may request the presence of witnesses at the hearing who can present facts related to the charges against you. You may also request the presence of the reporting employee and the investigative employee. You may, under the direction of the hearing officer, questions any witness present at the hearing. The hearing officer may deny the presence of witnesses when specific reasons exist. (CCR Section 3315)
5.    Personal Appearance - A hearing of the charges will not normally be held without your presence, unless you refuse to attend. (CCR Section 3320)

**C.    DISPOSITION** - At the end of the hearing, you will be advised of the findings and disposition of the charge. Within five working days, following review of the Rules Violation Report by the Chief Disciplinary Officer, you will be given a copy of the completed rule violation report, which will contain a statement of the findings and disposition and the evidence relied upon to support the conclusions reached. (CCR Section 3320)

**D.    APPEAL** - If you are dissatisfied with the process, findings or disposition, you may submit an inmate appeal within 30 days following receipt of the finalized copy of the Rules Violation Report and any other pertinent documentation (CCR Section 3084)

| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 1 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 05/26/2022 18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** | **REQUESTOR:** M. Madsen |

### INCIDENT REPORT SUMMARY

| | |
|---|---|
| **INSTITUTION/PAROLE REGION:** | SVSP - Salinas Valley State Prison |
| **REPORTING FACILITY/PAROLE UNIT:** | SVSP-B - SVSP-Facility B |
| **INCIDENT DATE:** 05/22/2022 | **INCIDENT TIME:** 14:23:00 |
| **DISCOVERY DATE:** 05/22/2022 | **DISCOVERY TIME:** 14:23:00 |
| **WATCH:** 3rd Watch | |

| **STATUS:** Level 1 Review | **AS OF DATE:** 05/22/2022 |
|---|---|

| | |
|---|---|
| **CRISIS RESPONSE TEAM ACTIVATED:** No | **DA REFERRAL ELIGIBLE:** No |
| **AREA/LOCATION:** CELL | **HOUSING PROGRAM ASSIGNMENT:** General Population |
| **ASU YARD TYPE:** Not Applicable | |
| **VIDEO SURVEILLANCE OF INCIDENT:** No | |

| **INCIDENT CATEGORY** | **INCIDENT TYPE** |
|---|---|
| Force and Violence | Not Applicable |
| Use of Force | Immediate |

### SYNOPSIS

On Sunday, May 22, 2022, at approximately 1423 hours, Inmates Allagoa, (BN8211, B5-226L) Bailey, (AX9562, B5-220U) Burns, (AS4775, B5-242L) McCook, (AX1897, B5-223U) Inmate Pope, (V71862, B5-228U) and Tunstall, (AH8434, B5-220L) committed the act of "Fighting" resulting in use of force (OC Blast 1X) to quell the incident.

### IMMEDIATE NOTIFICATIONS

NONE

| | |
|---|---|
| **DOJ REPORTABLE:** Not Applicable | |
| **HIGH PROFILE INCIDENT:** No | **NAME OF ASSISTING LEA:** N/A |
| **MUTUAL-AID/LEA:** Not Applicable | |
| **MAJOR MEDIA ATTENTION:** No | **NAME OF MEDIA:** N/A |

| **INCIDENT STG NEXUS:** No | | |
|---|---|---|
| **STG NAME** | **STG SET** | **STG SUBSET** |
| NONE | | |

| **STG NOT LISTED** |
|---|
| NONE |

| **UNCONTROLLED WEAPONS** | **QUANTITY** |
|---|---|
| Not Applicable | |

| **CONTROLLED SUBSTANCES** | **QUANTITY** | **QUANTITY TYPE** |
|---|---|---|
| Not Applicable | 0 | |

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 2 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | INCIDENT LOG NUMBER: 000000000039250 | PROCESSED: 05/26/2022 18:11 REQUESTOR: M. Madsen |

## STAFF INVOLVED

| | |
|---|---|
| **ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison | **STAFF NAME:** Bangar, ▮▮▮▮ |
| **ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B | **TITLE:** Lieutenant |
| | **STAFF TYPE:** Peace Officer |

**POST DESCRIPTION:** 320113 RL305 B PROGRAM LT
**CELL FRONT USE OF FORCE:** In Cell

## INVOLVEMENT TYPE

Incident Commander

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

## DESCRIPTION OF INJURY

NONE

**TREATMENT:**        **LOCATION CARE PROVIDED:** Not Applicable

**REPORTABLE DEATH:** Not Applicable      **MANNER OF DEATH:**
**DATE OF DEATH:**

## STAFF VEHICLE INVOLVED

| | |
|---|---|
| **STAFF VEHICLE INVOLVED:** Not Applicable | **PLATE #:** |
| **VEHICLE TYPE:** Not Applicable | **VEHICLE YEAR:** |
| **MAKE:** | **MODEL:** |
| **COLOR:** | |

| CDCR | **INCIDENT REPORT PACKAGE** | **PAGE:** 3 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000039250** | **PROCESSED:** 05/26/2022  18:11 |
| | | **REQUESTOR:** M. Madsen |

### STAFF INVOLVED

| | |
|---|---|
| **ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison | **STAFF NAME:** Soto█████ |
| **ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B | **TITLE:** Sergeant |
| | **STAFF TYPE:** Peace Officer |

**POST DESCRIPTION:** 320328 RS316 B PROGRAM SGT
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Response Supervisor

| **TYPE OF FORCE USED BY REPORTING STAFF** | **NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES** | **REPORTABLE USE OF FORCE RESULT** |
|---|---|---|
| Not Applicable | | |

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

| **TREATMENT:** | **LOCATION CARE PROVIDED:** |
|---|---|

| **REPORTABLE DEATH:** | **MANNER OF DEATH:** |
|---|---|
| **DATE OF DEATH:** | |

### STAFF VEHICLE INVOLVED

| **STAFF VEHICLE INVOLVED:** | **PLATE #:** |
|---|---|
| **VEHICLE TYPE:** | **VEHICLE YEAR:** |
| **MAKE:** | **MODEL:** |
| **COLOR:** | |

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 4 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | | PROCESSED: 05/26/2022 18:11 |
| | INCIDENT LOG NUMBER: 000000000039250 | REQUESTOR: M. Madsen |

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B – SVSP-Facility B

**STAFF NAME:** Ukpong, █████
**TITLE:** LVN
**STAFF TYPE:** Health Care Staff

**POST DESCRIPTION:** Facility B Medical LVN
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Medical Assessment

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                              **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                         **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                    **PLATE #:**
**VEHICLE TYPE:**                              **VEHICLE YEAR:**
**MAKE:**                                      **MODEL:**
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 5
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Gitova, ███
**TITLE:** LVN
**STAFF TYPE:** Health Care Staff

**POST DESCRIPTION:** Facility B Medical LVN
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE
Medical Assessment

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
NONE

**TREATMENT:**                  **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                  **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**            **PLATE #:**
**VEHICLE TYPE:**            **VEHICLE YEAR:**
**MAKE:**            **MODEL:**
**COLOR:**

| | | |
|---|---|---|
| **CDCR**<br>**REPORT NO. IRTR161 - 12** | **INCIDENT REPORT PACKAGE**<br><br>**INCIDENT LOG NUMBER: 000000000039250** | **PAGE:**  6<br>**PROCESSED:** 05/26/2022 18:11<br>**REQUESTOR:** M. Madsen |

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison

**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Parker, ▆▆▆▆

**TITLE:** Correctional Officer

**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 222220 B GYM OBS

**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder

Escort

| TYPE OF FORCE USED BY<br>REPORTING STAFF | NUMBER OF SHOTS<br>FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF<br>FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

| TREATMENT: | LOCATION CARE PROVIDED: |
|---|---|

| REPORTABLE DEATH: | MANNER OF DEATH: |
|---|---|
| DATE OF DEATH: | |

### STAFF VEHICLE INVOLVED

| STAFF VEHICLE INVOLVED: | PLATE #: |
|---|---|
| VEHICLE TYPE: | VEHICLE YEAR: |
| MAKE: | MODEL: |
| COLOR: | |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 7
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Gomez
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 321242 RO318 B SEC PAT 1
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder
Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                    **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                    **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                    **PLATE #:**
**VEHICLE TYPE:**                    **VEHICLE YEAR:**
**MAKE:**                    **MODEL:**
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**   8
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Gutierrez, ███
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 322204 RO316 B4 FLR 1
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder

Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                    **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                    **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                    **PLATE #:**
**VEHICLE TYPE:**                    **VEHICLE YEAR:**
**MAKE:**                    **MODEL:**
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**    9
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

| | |
|---|---|
| **ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison | **STAFF NAME:** MARTINEZ, |
| **ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B | **TITLE:** Correctional Officer |
| | **STAFF TYPE:** Peace Officer |

**POST DESCRIPTION:** 321245 B SEC PAT 2
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder

Escort

| **TYPE OF FORCE USED BY REPORTING STAFF** | **NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES** | **REPORTABLE USE OF FORCE RESULT** |
|---|---|---|
| Not Applicable | | |

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

| **TREATMENT:** | **LOCATION CARE PROVIDED:** |
|---|---|

| **REPORTABLE DEATH:** | **MANNER OF DEATH:** |
|---|---|
| **DATE OF DEATH:** | |

### STAFF VEHICLE INVOLVED

| **STAFF VEHICLE INVOLVED:** | **PLATE #:** |
|---|---|
| **VEHICLE TYPE:** | **VEHICLE YEAR:** |
| **MAKE:** | **MODEL:** |
| **COLOR:** | |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 10
**PROCESSED:** 05/26/2022 18:11
**REQUESTOR:** M. Madsen

### STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Barron, █
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 322216 RO319 B YARD 1
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder

Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                              **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                       **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                 **PLATE #:**
**VEHICLE TYPE:**                           **VEHICLE YEAR:**
**MAKE:**                                   **MODEL:**
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 11
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** LOPEZ VARGAS, ████████
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 322217 B YARD 2
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder
Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
| --- | --- | --- |
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
| --- | --- | --- |
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                    **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**              **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**        **PLATE #:**
**VEHICLE TYPE:**                  **VEHICLE YEAR:**
**MAKE:**                          **MODEL:**
**COLOR:**

| CDCR | **INCIDENT REPORT PACKAGE** | **PAGE:** 12 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000039250** | **PROCESSED:** 05/26/2022 18:11 |
| | | **REQUESTOR:** M. Madsen |

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Fernandez, ▮▮▮▮
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 322212 B4 FLR 2
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Responder

Escort

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**                    **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                    **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                    **PLATE #:**
**VEHICLE TYPE:**                    **VEHICLE YEAR:**
**MAKE:**                    **MODEL:**
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**   13
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B

**STAFF NAME:** Quiroz,
**TITLE:** Correctional Officer
**STAFF TYPE:** Peace Officer

**POST DESCRIPTION:** 322214 B5 FLR 2
**CELL FRONT USE OF FORCE:** In Cell

### INVOLVEMENT TYPE

Primary
Force Used

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| OC - Blast Grenade | 1 | Effective |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:**              **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**              **MANNER OF DEATH:**
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**              **PLATE #:**
**VEHICLE TYPE:**              **VEHICLE YEAR:**
**MAKE:**              **MODEL:**
**COLOR:**

| CDCR | INCIDENT REPORT PACKAGE | **PAGE:** 14 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000039250** | **PROCESSED:** 05/26/2022 18:11 |
| | | **REQUESTOR:** M. Madsen |

## STAFF INVOLVED

**ASSIGNED INSTITUTION/PAROLE REGION:** SVSP - Salinas Valley State Prison  
**ASSIGNED FACILITY/PAROLE UNIT:** SVSP-B - SVSP-Facility B  

**STAFF NAME:** Ramirez Ruiz, ███  
**TITLE:** Correctional Officer  
**STAFF TYPE:** Peace Officer  

**POST DESCRIPTION:** 321214 RO313 B5 CNTRL  
**CELL FRONT USE OF FORCE:** In Cell  

### INVOLVEMENT TYPE

Witness  
Force Observed  

| TYPE OF FORCE USED BY REPORTING STAFF | NUMBER OF SHOTS FIRED/DEPLOYMENTS/STRIKES | REPORTABLE USE OF FORCE RESULT |
|---|---|---|
| Not Applicable | | |

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE  

**TREATMENT:**                     **LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**                     **MANNER OF DEATH:**  
**DATE OF DEATH:**

### STAFF VEHICLE INVOLVED

**STAFF VEHICLE INVOLVED:**                     **PLATE #:**  
**VEHICLE TYPE:**                     **VEHICLE YEAR:**  
**MAKE:**                     **MODEL:**  
**COLOR:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 15
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## OFFENDER INVOLVED

| | |
|---|---|
| **CDC #:** V71862 | **OFFENDER NAME:** Pope, Jacoby N. |
| **MENTAL HEALTH CODE:** ▆▆▆▆▆▆ | **DDP CODE:** NCF |
| **DPPV CODE:** .../DPH/.../.../... | **GENDER:** Male |
| **RACE:** Black | **ETHNICITY:** Black |
| **CONTROL DATE:** ▆▆▆▆ | **TYPE:** MEPD |
| **INVOLVEMENT TYPE:** Suspect | **RVR LOG #:** 000000007187703 |
| **VIOLENCE TYPE:** Fighting | |
| **EXTRACTION:** Not Applicable | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** ▆▆ |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Medium (A) |

### CONTROLLED WEAPONS
Not Applicable

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
SEE ATTACHED 7219

**TREATMENT:** Treated and Released          **LOCATION CARE PROVIDED:** Institution Facility

| | |
|---|---|
| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
| **DATE OF DEATH:** | |

| | |
|---|---|
| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** Not Applicable |
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

**ARRESTED NEW/PENDING CHARGES:** Not Applicable
**ARRESTING AGENCY:**
**REPORT NUMBER:**
**BOOKING NUMBER:**
**CUSTODY LOCATION:**
**OFFENSE TITLE/CODE:**

**CDCR**                    **INCIDENT REPORT PACKAGE**                    **PAGE:**  16
**REPORT NO. IRTR161 - 12**                                               **PROCESSED:** 05/26/2022  18:11
                    **INCIDENT LOG NUMBER: 000000000039250**              **REQUESTOR:** M. Madsen

| STG AFFILIATIONS | | |
|---|---|---|
| **STG NAME** | **STG SET** | **STG SUBSET** |
| I - BLACK GUERILLA FAMILY (BGF) | N/A | |
| II - BLOOD | UNDERWORLD ZILLA | |

| CDCR | **INCIDENT REPORT PACKAGE** | **PAGE:** 17 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000039250** | **PROCESSED:** 05/26/2022 18:11 |
| | | **REQUESTOR:** M. Madsen |

### OFFENDER INVOLVED

| | | | |
|---|---|---|---|
| **CDC #:** AX1897 | | **OFFENDER NAME:** Mccook, Marquise J. | |
| **MENTAL HEALTH CODE:** ███████████ | | **DDP CODE:** NCF | |
| **DPPV CODE:** None | | **GENDER:** Male | |
| **RACE:** Black | | **ETHNICITY:** Black | |
| **CONTROL DATE:** ██████ | | **TYPE:** EPRD | |
| **INVOLVEMENT TYPE:** Suspect | | **RVR LOG #:** 000000007187700 | |
| **VIOLENCE TYPE:** Fighting | | | |
| **EXTRACTION:** Not Applicable | | | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** ██ |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Medium (A) |

### CONTROLLED WEAPONS
Hands and Feet

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
SEE ATTACHED 7219

| **TREATMENT:** Treated and Released | **LOCATION CARE PROVIDED:** Institution Facility |
|---|---|

| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
|---|---|
| **DATE OF DEATH:** | |

| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** Not Applicable |
|---|---|
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

| | |
|---|---|
| **ARRESTED NEW/PENDING CHARGES:** Not Applicable | |
| **ARRESTING AGENCY:** | |
| **REPORT NUMBER:** | |
| **BOOKING NUMBER:** | |
| **CUSTODY LOCATION:** | |
| **OFFENSE TITLE/CODE:** | |

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 18 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | | PROCESSED: 05/26/2022 18:11 |
| | INCIDENT LOG NUMBER: 000000000039250 | REQUESTOR: M. Madsen |

### STG AFFILIATIONS

| STG NAME | STG SET | STG SUBSET |
|---|---|---|
| II - BLOOD | DENVER LANE | |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 19
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

### OFFENDER INVOLVED

| | |
|---|---|
| **CDC #:** AX9562 | **OFFENDER NAME:** Bailey, Ralph |
| **MENTAL HEALTH CODE:** ▇▇▇▇ | **DDP CODE:** NCF |
| **DPPV CODE:** None | **GENDER:** Male |
| **RACE:** Black | **ETHNICITY:** Black |
| **CONTROL DATE:** ▇▇▇ | **TYPE:** EPRD |
| **INVOLVEMENT TYPE:** Suspect | **RVR LOG #:** 000000007187705 |
| **VIOLENCE TYPE:** Fighting | |
| **EXTRACTION:** Not Applicable | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** ▇▇ |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Medium (A) |

### CONTROLLED WEAPONS

Hands and Feet

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

SEE ATTACHED 7219

**TREATMENT:** Treated and Released          **LOCATION CARE PROVIDED:** Institution Facility

| | |
|---|---|
| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
| **DATE OF DEATH:** | |

| | |
|---|---|
| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** Not Applicable |
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

**ARRESTED NEW/PENDING CHARGES:** Not Applicable
**ARRESTING AGENCY:**
**REPORT NUMBER:**
**BOOKING NUMBER:**
**CUSTODY LOCATION:**
**OFFENSE TITLE/CODE:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 20
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

| STG AFFILIATIONS | | |
|---|---|---|
| **STG NAME** | **STG SET** | **STG SUBSET** |
| II - BLOOD | BOUNTY HUNTER | |

| CDCR | **INCIDENT REPORT PACKAGE** | **PAGE:** 21 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | **INCIDENT LOG NUMBER: 000000000039250** | **PROCESSED:** 05/26/2022 18:11 |
| | | **REQUESTOR:** M. Madsen |

## OFFENDER INVOLVED

| | |
|---|---|
| **CDC #:** AH8434 | **OFFENDER NAME:** Tunstall, Daqunn L. |
| **MENTAL HEALTH CODE:** ▓▓▓▓▓▓ | **DDP CODE:** NCF |
| **DPPV CODE:** None | **GENDER:** Male |
| **RACE:** Black | **ETHNICITY:** Black |
| **CONTROL DATE:** ▓▓▓ | **TYPE:** EPRD |
| **INVOLVEMENT TYPE:** Suspect | **RVR LOG #:** 000000007187701 |
| **VIOLENCE TYPE:** Fighting | |
| **EXTRACTION:** Not Applicable | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** ▓ |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Medium (A) |

### CONTROLLED WEAPONS
Hands and Feet

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
SEE ATTACHED 7219

| **TREATMENT:** Treated and Released | **LOCATION CARE PROVIDED:** Institution Facility |
|---|---|

| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
|---|---|
| **DATE OF DEATH:** | |

| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** |
|---|---|
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

**ARRESTED NEW/PENDING CHARGES:** Not Applicable
**ARRESTING AGENCY:**
**REPORT NUMBER:**
**BOOKING NUMBER:**
**CUSTODY LOCATION:**
**OFFENSE TITLE/CODE:**

| CDCR | INCIDENT REPORT PACKAGE | PAGE: | 22 |
|---|---|---|---|

**REPORT NO. IRTR161 - 12**

**INCIDENT LOG NUMBER: 000000000039250**

PROCESSED: 05/26/2022  18:11
REQUESTOR: M. Madsen

| STG AFFILIATIONS | | |
|---|---|---|
| **STG NAME** | **STG SET** | **STG SUBSET** |
| II - BLOOD | PIRU | |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 23
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## OFFENDER INVOLVED

| | |
|---|---|
| **CDC #:** AS4775 | **OFFENDER NAME:** Burns, Dezmond M. |
| **MENTAL HEALTH CODE:** | **DDP CODE:** NCF |
| **DPPV CODE:** None | **GENDER:** Male |
| **RACE:** Black | **ETHNICITY:** Black |
| **CONTROL DATE:** | **TYPE:** EPRD |
| **INVOLVEMENT TYPE:** Suspect | **RVR LOG #:** 000000007187704 |
| **VIOLENCE TYPE:** Fighting | |
| **EXTRACTION:** Not Applicable | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Medium (A) |

### CONTROLLED WEAPONS
Hands and Feet

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
SEE ATTACHED 7219

**TREATMENT:** Treated and Released          **LOCATION CARE PROVIDED:** Institution Facility

| | |
|---|---|
| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
| **DATE OF DEATH:** | |

| | |
|---|---|
| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** Not Applicable |
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

| | |
|---|---|
| **ARRESTED NEW/PENDING CHARGES:** Not Applicable | |
| **ARRESTING AGENCY:** | |
| **REPORT NUMBER:** | |
| **BOOKING NUMBER:** | |
| **CUSTODY LOCATION:** | |
| **OFFENSE TITLE/CODE:** | |

CDCR                                    **INCIDENT REPORT PACKAGE**                    **PAGE:**    24
**REPORT NO. IRTR161 - 12**                                                            **PROCESSED:** 05/26/2022  18:11
                                 **INCIDENT LOG NUMBER: 000000000039250**              **REQUESTOR:** M. Madsen

| STG AFFILIATIONS | | |
|---|---|---|
| STG NAME | STG SET | STG SUBSET |
| II – BLOOD | OAK PARK | |

**CDCR**                                    **INCIDENT REPORT PACKAGE**                              **PAGE:** 25
**REPORT NO. IRTR161 - 12**                                                                          **PROCESSED:** 05/26/2022  18:11
                                            **INCIDENT LOG NUMBER: 000000000039250**                 **REQUESTOR:** M. Madsen

### OFFENDER INVOLVED

| | |
|---|---|
| **CDC #:** BN8211 | **OFFENDER NAME:** Allagoa, Hayden O. |
| **MENTAL HEALTH CODE:** █████████████ | **DDP CODE:** NCF |
| **DPPV CODE:** None | **GENDER:** Male |
| **RACE:** Black | **ETHNICITY:** Black |
| **CONTROL DATE:** ██████ | **TYPE:** MEPD |
| **INVOLVEMENT TYPE:** Suspect | **RVR LOG #:** 000000007187707 |
| **VIOLENCE TYPE:** Fighting | |
| **EXTRACTION:** Not Applicable | |

| | |
|---|---|
| **SECURITY LEVEL:** Level 4 | **PLACEMENT SCORE:** ● |
| **HOUSING PROGRAM:** General Population | **CUSTODY CLASSIFICATION:** Close |

### CONTROLLED WEAPONS

Hands and Feet

| **REPORTABLE INJURY** | **INJURY LOCATION** | **SBI TYPE** |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY

NONE

**TREATMENT:** Treated and Released                    **LOCATION CARE PROVIDED:** Institution Facility

| | |
|---|---|
| **REPORTABLE DEATH:** Not Applicable | **MANNER OF DEATH:** |
| **DATE OF DEATH:** | |

| | |
|---|---|
| **VIDEO INTERVIEW:** Not Applicable | **VIDEO INTERVIEW W/ 48 HOURS:** Not Applicable |
| **VIDEO FOLLOWED POLICY:** Not Applicable | |

### ARREST

**ARRESTED NEW/PENDING CHARGES:** Not Applicable
**ARRESTING AGENCY:**
**REPORT NUMBER:**
**BOOKING NUMBER:**
**CUSTODY LOCATION:**
**OFFENSE TITLE/CODE:**

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**  26
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

| STG AFFILIATIONS | | |
|---|---|---|
| **STG NAME** | **STG SET** | **STG SUBSET** |
| II - BLOOD | N/A | |

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 27 |
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 05/26/2022 18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** | **REQUESTOR:** M. Madsen |

**STAFF NARRATIVE**

| | |
|---|---|
| **STAFF NAME:** Bangar, ████ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 05/22/2022 | **CREATED TIME:** 21:51:04 |

**NARRATIVE**

On Sunday, May 22, 2022, at approximately 1423 hours, Facility B, B5 staff activated a Code 1, for multiple inmate rushing into cell B5-228 and engage in a fight. Staff were unable to determine who was fighting, to quell the incident staff threw an OC blast inside the cell from first tier and all inmate rushed out of the cell. No inmates sustained any injuries. All involved inmates who ran out of the cell 228 were detained and identified as Inmate POPE (V71862, B5-228U), BURNS (AS4775, B5-242L), TUNSTALL (AH8434, B5-220L), BAILEY (AX9562, B5-220U), ALLAGOA (BN8211, B5-226L) and MCCOOK (AX1897, B5-223U).

Specifically, On Sunday, May 22, 2022, at approximately 1423 hours, Facility B, Building 5 Floor Officer G. Quiroz was conducting shower program in the building when the control booth was switching the showers and inmates from different area started rushing into the cell 228. Officer Quiroz observed multiple inmates rushing into the cell and started fighting. Officer Quiroz deployed one (1) Oleoresin Capsicum (OC) grenade and the grenade detonated inside the cell. All involved inmates started running outside the cell and were ordered to prone out and they all complied.

Responding staff arrived and place all involved inmates were escorted to the facility gymnasium and the program office and were placed in temporary holding cells pending decontamination, medical evaluation, and interviews with Facility Sergeant. All involved inmates were given opportunity to decontaminate with cool running water and offer new clothing.

The following was conducted:
- Officer G. Quiroz announced the code 1 over the radio. Officer P. Ramirez-Ruiz activated her personal alarm device.
- Sgt. P. Soto cleared the alarm.
- All involved inmates received medical treatment and were medically evaluated.
- All involved were placed into temporary holding cells.
- All involved were provided decontaminated by removing them from the affected area and exposing him to fresh moving air. Both inmates were offered further decontamination with cool running water in the gym, both inmates accepted decontamination with cool running water. Both inmates accepted new clean clothing.
- Sergeant Soto offered Inmates in the surrounding area decontamination. No inmates accepted decontamination. Cool running water was also offered to the affected inmates in the immediate area but none accepted. Affected area was cleaned with warm soapy water.
- All involved were released back to his assigned housing, after signing a compatibility Chrono citing misunderstanding.
- All involved will receive a Rule Violation Report for Fighting, a Division D offense.
- This incident will not be referred to the Monterey Country DA's Office for prosecution.

| | |
|---|---|
| S. Bangar | **DATE:** 05/22/2022 |
| STAFF SIGNATURE | |

| | |
|---|---|
| **BADGE #:** ████ | **PERNR:** ████ |

| | |
|---|---|
| **NARRATIVE REVIEWED:** No | **REVIEWED BY STAFF:** |
| **REVIEWED DATE:** | **REVIEWED TIME:** |

| CDCR | INCIDENT REPORT PACKAGE | **PAGE:** 28 |
|---|---|---|
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 05/26/2022  18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** | **REQUESTOR:** M. Madsen |

## STAFF NARRATIVE

| **STAFF NAME:** Soto, ▉ | **NARRATIVE TYPE:** Initial Report |
|---|---|
| **CREATED DATE:** 05/22/2022 | **CREATED TIME:** 21:05:00 |

### NARRATIVE

On May 22, 2022, at approximately 1423 hours, while performing my duties as Facility B Program Sergeant, I responded to a Code 1 in Housing Unit B5 announced over the institutional radio, followed by the activation of the building audible alarm. As I responded into B5 I observed responding staff ordering several inmates, who were presently on the top tier near the left B Section stairwell to get down on the ground. All involved inmates complied to staffs verbal orders and got down on the ground. I made contact with Officer Quiroz, who identified the four inmates on the top tier as being involved in the incident. Officer Quiroz also identified an inmate who was currently in the upper C Section shower as being involved. Officer Quiroz informed me that while releasing inmates for the afternoon shower program, he had observed the five identified inmates entering into cell B5-228 and began fighting with its assigned occupant. Due to the number of inmates on the upper tier, I instructed responding staff to call the involved inmates down the stairs, one at a time and secure them with handcuffs. I instructed staff to approach the inmate in the C Section shower and secure its occupant. Once all of the suspects outside on the tier were secured, staff responded to cell B5-228 and secured its occupant with handcuffs. Staff performed clothed body searches of all six involved inmates, resulting in no contraband or major injuries being discovered. The involved inmates were positively identified by using their state issued identification cards as Inmates Pope (V71862, B5-228U), McCook (AX1897, B5-223U), Bailey (AX9562, B5-220U), Tunstall (AH8434, B5-220L), Burns (AS4775, B5-242L) and Allagoa (BN8211, B5-226L). Officer Quiroz informed me that he had utilized an O.C. Instantaneous Blast grenade in order to quell the incident. All involved inmates were escorted out of the housing unit for temporary holding cell placement. I informed Central Control via institutional radio that the Code 1 in B5 was a five on one fight, with chemical agents utilized and we were Code 4. Once secured in holding cells, responding staff performed unclothed body searches of all involved inmates, offered decontamination and clean clothing and were medically evaluated by Facility B Medical Staff, who completed CDCR 7219 Report of Injuries. All uninvolved inmates in the immediate vicinity of the incident were offered decontamination and clean shirts, boxers and socks, which all refused. The immediate area of the incident and cell B5-228 were thoroughly decontaminated with soap and water. All involved inmates were later interviewed separately, at which time all confirmed the incident occurred over a misunderstanding and no enemy situation exists amongst them, confirmed by each signing a compatibility chrono. All involved inmates were informed they would be receiving a CDCR 115 Rules Violation Report for "Fighting" and released back to their assigned cells without any further incident. All involved staff were afforded PSP and EAP.

| P. Soto | **DATE:** 05/22/2022 |
|---|---|
| STAFF SIGNATURE | |

| **BADGE #:** ▉ | **PERNR:** ▉ |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Bangar, ▉ |
| **REVIEWED DATE:** 05/22/2022 | **REVIEWED TIME:** 21:45:14 |

**CDCR**  
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 29  
**PROCESSED:** 05/26/2022  18:11  
**REQUESTOR:** M. Madsen

### STAFF NARRATIVE

**STAFF NAME:** Parker ▮▮▮  
**CREATED DATE:** 05/22/2022

**NARRATIVE TYPE:** Initial Report  
**CREATED TIME:** 21:05:19

#### NARRATIVE

On Sunday, May 22, 2022, at approximately 1423 hours, while performing my duties as Facility B Gym Observation, I heard via my institutional radio (code 1 B5). When I arrived at B5, I responded up the B section stairs I observed one (1) Oleoresin Capsicum (OC) blast grenade casing that had been deployed in front of cell B5-228. Officer N. Gomez and I approached cell B5-228 solely occupied by Inmate Pope CDCR# V71867. Officer N. Gomez gave Inmate Pope clear verbal order to turn around and put his hands behind his back to be placed in handcuffs to which Inmate Pope complied, I provided cover while Officer N. Gomez placed Inmate Pope in handcuffs and performed a clothed body search with negative results for contraband. Officer N. Gomez and I escorted Inmate Pope out of the contaminated area and exposing Pope to fresh moving air to provide him with decontamination. Officer N. Gomez and I proceeded to escort Inmate Pope to the Program Office to be placed in a temporary holding cell. Upon arrival at the Program Office Officer N. Gomez searched Temporary holding cell #4 with negative results for contraband. Officer N. Gomez and I secured Inmate Pope into temporary holding cell #4, Officer N. Gomez removed the handcuffs threw the food port and performed an unclothed body search with negative results for contraband. I offered Inmate Pope decontamination with cool running water and fresh boxers, shirt, and socks to which he refused stating "I'm good I don't need anything". I returned to my duties as Facility B Gym Observation.

B. Parker                                                                  **DATE:** 05/22/2022

STAFF SIGNATURE

**BADGE #:** ▮▮▮

**PERNR:** ▮▮▮

**NARRATIVE REVIEWED:** Yes  
**REVIEWED DATE:** 05/22/2022

**REVIEWED BY STAFF:** Soto, ▮▮▮  
**REVIEWED TIME:** 21:28:27

---

**STAFF NAME:** Gomez ▮▮▮  
**CREATED DATE:** 05/22/2022

**NARRATIVE TYPE:** Initial Report  
**CREATED TIME:** 21:21:33

#### NARRATIVE

On Sunday May 22, 2022 at approximately 1423 hours while conducting my duties as Facility B Security Patrol 1. I heard over the institutional radio "Code 1 Bravo 5". I responded to Facility B, B5 and observed cell 228 open and Inmate Pope V718962 (Later identified via Strategic Offender Management System) standing at the door. I gave Pope a direct order to get down with negative results. As I responded up the B section stairs I approached Pope's cell and observed one (1) Oleoresin Capsicum (OC) Blast Grenade on the floor in front of cell 228 that had detonated. I arrived to cell 228 and instructed Pope to turn around and walk backwards towards the sound of my voice with his hand behind his back. Pope complied and I secured him in my handcuffs. I conducted a clothed body search of Pope yielding negative results for contraband while Officer B. Parker provided coverage. Officer B. Parker and I removed Pope from the OC affected area and placed him up wind beginning the decontamination process. We proceeded to escort Pope to the Facility B Program Office for temporary holding cell placement. As we arrived to the Program Office I conducted a search of temporary holding cell #4 with negative results for contraband. I secured Pope into temporary holding cell #4 and removed my handcuffs through the food port. I conducted an unclothed body search of Pope with negative results for contraband. Officer B. Parker then offered Pope decontamination with cool running water and clean boxers, t-shirt, and socks. Pope refused both stating "I'm good I don't need anything". I resumed my duties as Facility B Security Patrol 1.

N. Gomez                                                                  **DATE:** 05/22/2022

STAFF SIGNATURE

**BADGE #** ▮▮▮

**PERNR:** ▮▮▮

**NARRATIVE REVIEWED:** Yes  
**REVIEWED DATE:** 05/22/2022

**REVIEWED BY STAFF:** Soto, ▮▮▮  
**REVIEWED TIME:** 21:27:58

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 30 |
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 05/26/2022 18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** | **REQUESTOR:** M. Madsen |

### STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Gutierrez, ▇ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 05/22/2022 | **CREATED TIME:** 22:03:46 |

#### NARRATIVE

On Sunday May 22, 2022 at approximately 1423 hours, I was performing my duties as Facility B building #4, floor officer #1. Via the institutional radio, I heard "Code 1, B5", and I immediately responded to building #5 with my partner Officer J. Fernandez. Upon entering 5 block, I observed several inmates laying in a prone position on the top tier. There were multiple inmates' proned out in front of cell 220, and one inmate proned out in front of upper C-section shower. All inmates were identified as ALLAGOA (BN8211, B5-226L), BAILEY (AX9562, B5-220U0), BURNS (AS4775, B5-242L), MCCOOK (AX1897, B5-223U), POPE (V71862, B5-228U), and TUNSTALL (AH8434, B5-220L) via their state issued identification cards. I approached BURNS, and I provided Officer Martinez with coverage as he secured handcuffs onto him. I later assisted the skirmish line at the bottom of the tier which was position near B-section stairs. I ordered ALLAGOA, to come down the stairs to which he complied. Once ALLAGOA was downstairs, He turned around and submitted to handcuffs. I secured him in handcuffs, and I performed a clothed body search yielding negative results for contraband as Officer Hernandez provided me with coverage. I removed ALLAGOA from the contaminated area, and began the decontamination process by providing him with fresh air. I escorted ALLAGOA to Facility B medical for holding cell placement. Prior to securing ALLAGOA into the holding cell, I performed a systematic search of the holding cell yielding negative results for contraband. I removed the handcuffs through the food port and I performed an unclothed body search on ALLAGOA to which I found no contraband. I offered ALLAGOA the opportunity to decontaminate to which he accepted. I tested the temperature of the water with my bare hand, which was cool to the touch. ALLAGOA accepted the temperature of the water, and decontaminated with soap and water utilizing the sink inside the holding cell. ALLAGOA was offered clean boxers, t-shirt, and socks to which he accepted. Medical conducted a 7219 on ALLAGOA yielding no serious injuries. I continued with my duties as Facility B building #4, floor officer #1.

| | |
|---|---|
| J. Gutierrez | **DATE:** 05/22/2022 |
| STAFF SIGNATURE | |

| | |
|---|---|
| **BADGE #:** ▇ | **PERNR:** ▇ |

| | |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Soto, ▇ |
| **REVIEWED DATE:** 05/22/2022 | **REVIEWED TIME:** 22:10:03 |

| | |
|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** **PAGE:** 31 |
| **REPORT NO. IRTR161 - 12** | **PROCESSED:** 05/26/2022  18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** **REQUESTOR:** M. Madsen |

## STAFF NARRATIVE

**STAFF NAME:** MARTINEZ, ███          **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 05/22/2022          **CREATED TIME:** 21:42:08

### NARRATIVE

On Sunday, May 22, 2022, at approximately 1423 hours, while performing my duties as Facility B Sec Pat Officer #2, I heard via institutional radio, "Code One Bravo 5". When I arrived to Facility B Building 5, I noticed there was residue of an OC blast in front of cell 228. I observed Inmate Burns (AS4775, B5-242L) later identified using his state issued identification card running on the top tier of C Section trying to get into the shower of C Section. I gave a verbal order to get down to Inmate Burns which he complied. Once safe to do so Officer J. Gutierrez provided coverage while I approached Inmate Burns and cuffed him and performed a clothed body search of Inmate Burns with negative results for any contraband. I safely assisted Inmate Burns to his feet and escorted him to Facility B Program. While escorting Inmate Burns, decontamination was provided by removing him from the affected area and exposing him to fresh flowing air. Upon arrival to Facility B Program, I faced Burns towards the wall and I searched Program holding cell #3 with negative results for any contraband prior to placing Inmate Burns into the holding cell and securing the door. I removed the handcuffs via the food port and performed an unclothed body search of Inmate Burns with negative results for any contraband. Inmate Burns was offered further decontamination by being offered fresh linen, boxers, t shirt and socks and cold water to which he declined. Medical staff arrived and performed a 7219 medical evaluation. Without any further incident, I then returned to my duties as Facility B Sec Pat #2.

E. MARTINEZ                                    **DATE:** 05/22/2022
STAFF SIGNATURE

               **BADGE #:** ███                    **PERNR:** ███

**NARRATIVE REVIEWED:** Yes                **REVIEWED BY STAFF:** Soto, ███
       **REVIEWED DATE:** 05/22/2022          **REVIEWED TIME:** 21:57:25

---

**STAFF NAME:** Barron, ███          **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 05/22/2022          **CREATED TIME:** 21:30:53

### NARRATIVE

On Sunday, May 22, 2022 at approximately 1423 hours, while conducting my duties as B Yard 1 Officer I heard Via Institutional radio "code 1 bravo 5". Once I arrived to Facility B5 day room I observed multiple inmates in a prone position in the B section top tier near cell 218. Officer G. Quiroz assisted me while I gave Inmate Tunstall (AH8434, B5-220) later identified using his state identification card, a direct order to stand up and step down the left B section stairs with his hands behind his back to which he complied. Officer G. Quiroz provided me with coverage while I placed handcuffs on Tunstall and conducted a clothed body search with negative results for any contraband found. While escorting Inmate Tunstall to Facility B-GYM he was decontaminated with fresh moving air. Upon arrival to Facility B-GYM I gave Tunstall a direct order to take a seat on the floor while I searched holding cell #1 with negative results with no contraband found. I assisted Tunstall to his feet and secured him in holding cell 1, I removed the handcuffs through the handcuff port and performed an unclothed body search with negative results for contraband. I Offered Tunstall decontamination with cool running water and clean state issued T-shirt, boxers and pants, which he refused. Medical staff arrived and performed a 7219 medical evaluation. Without no further incident I returned to my duties as B Yard 1 Officer.

A. Barron                                      **DATE:** 05/22/2022
STAFF SIGNATURE

               **BADGE #:** ███                    **PERNR:** ███

**NARRATIVE REVIEWED:** Yes                **REVIEWED BY STAFF:** Soto, ███
       **REVIEWED DATE:** 05/22/2022          **REVIEWED TIME:** 21:40:32

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 32 |
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 05/26/2022  18:11 |
| | **INCIDENT LOG NUMBER: 000000000039250** | **REQUESTOR:** M. Madsen |

### STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** LOPEZ VARGAS, ▮▮▮▮ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 05/22/2022 | **CREATED TIME:** 21:14:34 |

#### NARRATIVE

On Sunday, May 22, 2022 at approximately 1423 hours while preforming my duties as Facility B Yard 2 Officer, I heard via institutional radio "Code 1, Bravo 5". Upon responding to Facility B, B5, I observed multiple Inmates were lying in the prone position on B Section second tier near cell 220 and chemical agents appeared to have been deployed due to there being a white OC Blast residue in the air. A skirmish lined was formed at the bottom of the B section left side stairs and I gave a direct order to Inmate Bailey (AX1897 B5-220U), who was later identified by state issued identification card, to stand up and come down the B Section left side tier stairs slowly with his hands behind his back to which he complied. I then secured Inmate Bailey in handcuffs and I performed a clothed body search with negative results for contraband. I removed Inmate Bailey from the contaminated area and escorted him to Facility B Gym beginning the decontamination process with fresh moving air. Upon arriving, I had Inmate Bailey face the shower wall near temporary holding cell #2 while I searched it for contraband with negative results. I placed Inmate Bailey in temporary holding cell #2 and once secured I removed my handcuffs off of Inmate Bailey through the holding cell door port and I performed an unclothed body search with negative results for contraband. I offered Inmate Bailey further decontamination with cool running water which he refused and I offered him clean state issued boxers, socks, and a shirt to which he refused. Officer J. Fernandez then arrived to Facility B Gym with Inmate McCook (AX1897 B5-223U) who was later identified by state issued identification card, secured in handcuffs. I took control of Inmate McCook while Officer J. Fernandez searched the ADA temporary holding cell with negative results for contraband. Officer J. Fernandez took control of Inmate McCook and placed him in the ADA temporary holding cell. Once secure, Officer J. Fernandez removed his handcuffs off Inmate Bailey through the holding cell door port and performed an unclothed body search with negative results for contraband. I offered Inmate McCook further decontamination with cool running water which he refused and offered him clean state issued boxers, socks, and a shirt to which he refused. Facility B medical staff arrived to Facility B Gym and conducted a CDCR 7219 medical evaluation on both Inmates Bailey and McCook. This ends my involvement in this incident.

| | |
|---|---|
| E. LOPEZ VARGAS | **DATE:** 05/22/2022 |
| STAFF SIGNATURE | |

| | |
|---|---|
| **BADGE #:** ▮▮▮ | **PERNR:** ▮▮▮▮ |

| | |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Soto, ▮▮▮ |
| **REVIEWED DATE:** 05/22/2022 | **REVIEWED TIME:** 21:27:45 |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:** 33
**PROCESSED:** 05/26/2022 18:11
**REQUESTOR:** M. Madsen

### STAFF NARRATIVE

**STAFF NAME:** Fernandez, █████

**CREATED DATE:** 05/22/2022

**NARRATIVE TYPE:** Initial Report

**CREATED TIME:** 22:10:23

### NARRATIVE

On Sunday May 22, 2022 at approximately 1423 hours, while performing my duties as Facility B floor #2 officer in Building 4. I heard via radio "code 1, B5". I ran towards the incident and upon entering, I observed officers at the base of the B Section stair and officers to the C section in a skirmish line and several inmates in the prone position on the second tier. All involved inmates were later identified via state identification cards. I joined the skirmish line which was at the base of the left B Section stairs as responding staff was ordering the inmates down the stairs one at a time. Inmate McCook (AX1897, B5-223U) was ordered down the stairs and to cuff up which he complied. I approached inmate McCook at the base of the stairs and secured him in handcuffs and performed a clothed body search in which no contraband was found. I escorted him out of the building away from the contaminated area and escorted him to B Facility Gym for holding cell placement. I performed a search of the ADA holding cell for any contraband while Officer E. Lopez maintained control of Inmate McCook, no contraband was found. I secured inmate McCook into the ADA holding cell and removed the handcuffs through the food port. I performed an unclothed body search of Inmate McCook, which resulted in no contraband. I offered inmate McCook the opportunity to decontaminate with cool water to which he refused. McCook was offered clean boxers, t-shirt and socks to which he refused. This concludes my involvement on this incident.

J. Fernandez

**DATE:** 05/22/2022

STAFF SIGNATURE

**BADGE #:** █████

**PERNR:** █████

**NARRATIVE REVIEWED:** Yes

**REVIEWED DATE:** 05/22/2022

**REVIEWED BY STAFF:** Soto, █████

**REVIEWED TIME:** 22:13:58

**CDCR**                           **INCIDENT REPORT PACKAGE**                    **PAGE:**  34
**REPORT NO. IRTR161 - 12**                                                       **PROCESSED:** 05/26/2022  18:11
                           **INCIDENT LOG NUMBER: 000000000039250**               **REQUESTOR:** M. Madsen

## STAFF NARRATIVE

**STAFF NAME:** Quiroz_____          **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 05/22/2022          **CREATED TIME:** 20:33:44

### NARRATIVE

On May 22, 2022 at approximately 1423 hours while performing my duties as Facility B5 floor officer #1, I was monitoring housing unit inmate showers from the officer podium and instructed control booth officer P. Ruiz to open cell 228 solely occupied by inmate POPE, identified by state issued identification card CDCR# V71862. I then observed one inmate approach cell door 228 and proceeded to open the door making his way inside. I observed more inmates running on the top tier from B section and C section showers making their way inside cell 228. I quickly moved to where I could get a better view and observed what appeared to be multiple inmates fighting amongst each other inside cell 228. I could see inmates striking towards each other with punching motions, however due to the number of inmates inside of cell 228, I was unable to identify who was striking who. I immediately utilized my institutional radio notifying central control "code 1 B5". I gave the combative inmates a direct verbal order to stop fighting and "get down". The combative inmates ignored my verbal orders and continued to fight. Not being able to identify how many inmates were involved or knowing if weapons were involved and fearing great bodily injury to the combative inmates, immediate force was needed to stop the attackers. To maintain a safe distance from the combative inmates while waiting for responding staff to arrive, from approximately 15 away I deployed with an underhand motion an OC blast grenade from the dayroom floor, aiming for the ground at the threshold of cell 228, approximately 2 feet away from the combative inmates, in order to gain compliance with a lawful order and to subdue the attackers. The OC blast landed and detonated on the ground approximately 2 feet from the combative inmates. The OC blast grenade had a positive effect as the inmates separated from each and exited cell 228. Four inmates exited the cell and proceeded left, down the tier towards the stairwell. I also observed one inmate exit the cell and proceed right, towards C section dayroom shower as I continued to give all involved inmates verbal orders to get down on the ground. All involved inmates complied and got down on the ground as responding staff arrived to the scene. I identified the five inmates on the tier as being involved to Sergeant P. Soto and informed him that I believed one inmate to still be in cell 228. I assisted responding staff by calling the four inmates located on the left side of the upper B section tier down the stairwell, one at a time to be secured in handcuffs by assisting staff. Once all involved inmates were secured, they were escorted out of the building for holding cell placement. All inmates were then later identified by their state issued identification cards as Inmates BAILEY CDCR# AX9562 B5-220U, TUNSTALL CDCR# AH8434 B5-220L, MCCOOK CDCR#AX1897 B5-223U, ALLAGOA CDCR# BN8211, and BURNS CDCR# AS4775. I offered all inmates in the vicinity decontamination and clean linen however all inmates refused decontamination and clean linen. The contaminated area was then cleaned out with water and soap.

G. Quiroz                                              **DATE:** 05/22/2022
_____
STAFF SIGNATURE

           **BADGE #:** ____              **PERNR:** ____

**NARRATIVE REVIEWED:** Yes          **REVIEWED BY STAFF:** Soto,____
    **REVIEWED DATE:** 05/22/2022       **REVIEWED TIME:** 21:27:28

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**    35
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

### STAFF NARRATIVE

**STAFF NAME:** Ramirez Ruiz
**CREATED DATE:** 05/22/2022

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 20:48:27

#### NARRATIVE

On Sunday May 22, 2022 at approximately 1423 hours, while performing my duties as Building 5 Control Booth Officer, I was conducting upper tier showers for the inmate population. Inmates Bailey (AX9562 B5-220U), Tunstall (AH8434 B5-220L), McCook (AX1897 B5-223U) and Allegoa (BN8211, B5-226L) who were later identified by their State Identification cards, were returning to their cells from completing their shower. I opened cell 228 from the control panel, solely occupied by Inmate Pope (V71862 B5-228U) later identified by his State Identification cards, for a shower. I saw inmate Bailey go inside cell 228 along with Tunstall, McCook and Allagoa. I moved to my right from the control panel to look inside of cell 228 and saw what appeared to be inmates fighting. All of the inmates inside of cell 228 were punching towards each other with their fists. Due to so many inmates being in a small space, I could not identify who was striking who or where they were striking. Correctional Officer G. Quiroz made a radio call "Central Control, Code 1 Bravo 5" as I activated my personal alarm and opened the entrance door for responding staff. I heard Officer G. Quiroz gave a direct order for all inmates to get down with negative results, as the inmates continued to punch each other. Inmate Burns (AS4475, B5 242L) later identified by his State Identification card, ran from upper "C" section shower towards cell 228. Officer G. Quiroz and I continued to give verbal orders for inmates to get down with negative results, as they continued their actions of punching each other. I observed Officer G. Quiroz deploy his O.C blast grenade in an under hand motion from the bottom tier approximately 15 feet away from cell 228, as Inmate Burns entered the cell. The O.C blast grenade landed and detonated in the cell entry of 228 approximately two feet away from the fighting inmates. The O.C blast had positive results. Inmate Burns exited the cell and took a seating position in upper "C" section. Inmates Bailey, Tunstall, McCook and Allegoa exited the cell and took a seating position in upper "B" section. Responding staff arrived and secured all involved inmates and escorted them out the building as I provided coverage from the control booth. The noninvolved inmates were offered decontamination and change of clothing, they all refused. The contaminated area was cleaned with soap and water. I resumed my duties as Building 5 Control Booth officer.

P. Ramirez Ruiz
STAFF SIGNATURE

**DATE:** 05/22/2022

**BADGE #:**

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 05/22/2022

**REVIEWED BY STAFF:** Soto
**REVIEWED TIME:** 21:27:11

CDCR
REPORT NO. IRTR161 - 12

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

PAGE:   36
PROCESSED: 05/26/2022  18:11
REQUESTOR: M. Madsen

| ACTIONS TAKEN | | | | |
|---|---|---|---|---|
| DATE/TIME | ACTION TYPE | STAFF NAME | REFERRED TO | ELAPSED DAYS |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | ▮ |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**PAGE:**    37
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

## ELECTRONIC DOCUMENT

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 Allagoa BN8211
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**    1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

CDCR 7219 (Rev. 01/18)

Page 1 of 2

| NAME OF INSTITUTION SVSP | LOCATION OF EVALUATION B-Clinic | DATE 5/22/2022 |
|---|---|---|

REASON FOR REPORT ☐ ALLEGATION  ☐ ON THE JOB INJURY  ☒ USE OF FORCE  ☐ INJURY  ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE  ☐ PRE AD/SEG ADMISSION  ☐ R&R  ☒ OTHER Batten on ZIP

| NAME LAST Allagoa, FIRST Heyden O | CDCR NUMBER BN8211 | PERNR / INST. ID # N/A | VISITOR ID # (SOMS) N/A |
|---|---|---|---|
| PLACE OF OCCURRENCE B5= Building | DATE OF OCCURRENCE 5/22/2022 | TIME OF OCCURRENCE 1423h | TIME SEEN 1430 | RN NOTIFIED TIME 1533 c/c | PHYSICIAN NOTIFIED TIME N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

" No Comment."

| INJURIES FOUND?  YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

| Chemical Agent Exposure? | YES / NO |
|---|---|
| Chem. Agent Exposure Area | EX |
| Decontaminated w/ Water? YES / NO / REFUSED | |
| Decontaminated w/ Air? YES /NO / REFUSED | |
| Self-decontamination Instructions given? | YES / NO |
| Staff issued Exposure packet ? | YES / NO |

Q 15 min. check times

| Initial 1430h | 1st Check 1445 |
|---|---|
| 2nd Check 1500 | Final 1515 |

TIME/DISPOSITION  RTC @ 1577h

Right     Left

Front     Back

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)  Leffere LVN

| PERNR / INST. ID # | RDOs S/S | ASSIGNMENT AREA B-med |
|---|---|---|

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**ELECTRONIC DOCUMENT**

**PAGE:**    38
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 Bailey AX9562
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**        1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION SVSP | LOCATION OF EVALUATION B- Gym Hlc #2 | DATE 5/22/2022 |
|---|---|---|

REASON FOR REPORT ☐ ALLEGATION    ☐ ON THE JOB INJURY    ☒ USE OF FORCE    ☐ INJURY    ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE    ☐ PRE AD/SEG ADMISSION    ☐ R&R    ☒ OTHER Battey in LIP

| NAME LAST Balley | FIRST Ralph | CDCR NUMBER AX9562 | PERNR / INST. ID # N/A | VISITOR ID # (SOMS) N/A |
|---|---|---|---|---|

| PLACE OF OCCURRENCE BS= Building | DATE OF OCCURRENCE 5/22/2022 | TIME OF OCCURRENCE 1423 h | TIME SEEN 1437 | RN NOTIFIED TIME 1538 /clcs | PHYSICIAN NOTIFIED TIME N/A |
|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

" NO Comment I was not sprayed."



| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

**Chemical Agent Exposure?**    YES / NO

Chem. Agent Exposure Area  N/A    EX

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES / NO / REFUSED

Self-decontamination
Instructions given ?   YES / NO

Staff issued
Exposure packet ?   YES / NO

**Q 15 min. check times**

| Initial N/A | 1st Check N/A |
|---|---|
| 2nd Check N/A | Final N/A |

TIME/DISPOSITION RTC @ 1439 h

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)  Culture LVN

PERNR / INST. ID #

RDOs  /S    ASSIGNMENT AREA  B-male

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**ELECTRONIC DOCUMENT**

**PAGE:**   39
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 Burns AS4775
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**      1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

CDCR 7219 (Rev. 01/18)

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
| --- | --- | --- |
| Susp | B-5 Program office | 5/22/22 |

| REASON FOR REPORT | ☐ ALLEGATION | ☐ ON THE JOB INJURY | ☑ USE OF FORCE | ☐ INJURY | ☐ OTM RETURNS |
| --- | --- | --- | --- | --- | --- |
| ☐ UNUSUAL OCCURRENCE | ☐ PRE AD/SEG ADMISSION | ☐ R&R | ☑ OTHER | | front |

| NAME | LAST | FIRST | CDCR NUMBER | PERNR / INST ID # | VISITOR ID # (SOMS) |
| --- | --- | --- | --- | --- | --- |
| | Lyons | Lemoure M. | K54775 | NA | NA |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
| --- | --- | --- | --- | --- | --- |
| B-5 Building | 5/22/22 | 1423 | 1496 | Lalas  1533 | NA |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

a "No Comment, Im Good"

No Physical (gance) Left
at this Time
- No exp -

| INJURIES FOUND? YES / NO | | | Right | Left |
| --- | --- | --- | --- | --- |
| Abrasion/Scratch | | | | |
| Active Bleeding | 2 | | | |
| Broken Bone | 3 | | | |
| Bruise/Discolored Area | 4 | | | |
| Burn | 5 | | | |
| Dislocation | 6 | | | |
| Dried Blood | 7 | | | |
| Fresh Tattoo | 8 | | | |
| Cut/Laceration/Slash | 9 | | | |
| Swollen Area | 10 | | | |
| Pain | 11 | | | |
| Protrusion | 12 | | | |
| Puncture | 13 | | | |
| Reddened Area | 14 | | | |
| Skin Flap | 15 | | | |
| Pre-Existing | 16 | | | |
| Other | 17 | | | |
| | 18 | | | |

Front    Back

| Chemical Agent Exposure? YES / NO | - OC Spray |
| --- | --- |
| Chem. Agent Exposure Area | NA    EX |
| Decontaminated w/ Water? YES / NO / REFUSED | NA |
| Decontaminated w/ Air? YES / NO / REFUSED | NA |
| Self-decontamination Instructions given ? YES / NO | |
| Staff issued Exposure packet ? YES / NO | |

Q 15 min. check times

| Initial | NA | 1st Check | NA |
| --- | --- | --- | --- |
| 2nd Check | NA | Final | NA |

| TIME/DISPOSITION | RTC @ 1447 |
| --- | --- |

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
| --- | --- | --- | --- |
| Tiffany a RN | | wed thur | B-medical |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**ELECTRONIC DOCUMENT**

**PAGE:**    40
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 McCook AX1897
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**        1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| Avsy | Bimrd Gym. | 5/20/22 |

REASON FOR REPORT: ☐ ALLEGATION   ☐ ON THE JOB INJURY   ☒ USE OF FORCE   ☐ INJURY   ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE   ☐ PRE AD/SEG ADMISSION   ☐ R&R   ☒ OTHER ___

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (CDMS) |
|---|---|---|---|---|
| Ceook | unreal M. | AX 1897 | NA | NA |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B5 Building | 5/22/22 | 1423 | 1445 | Lalas 1533 | NA |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"Im Okay"

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

Right    No Physical Injuries    Left
at this time
Denied exp-

Front    Back

| Chemical Agent Exposure?   YES / NO | |
|---|---|
| Chem. Agent Exposure Area   NA | EX |
| Decontaminated w/ Water? YES / NO / REFUSED   NA | |
| Decontaminated w/ Air? YES /NO / REFUSED   NA | |
| Self-decontamination Instructions given ?   YES / NO | |
| Staff issued Exposure packet ?   YES / NO | |

OC-Spray

Q 15 min. check times

| Initial   NA | 1st Check   NA |
|---|---|
| 2nd Check   NA | Final   NA |

TIME/DISPOSITION   RT·C, 1446

| REPORT COMPLETED BY TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDO: Wed thu | ASSIGNMENT AREA B-medical |
|---|---|---|---|

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**ELECTRONIC DOCUMENT**

**PAGE:**    41
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 Pope V71862
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**    1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | | DATE |
|---|---|---|---|
| SVSP | B- Program Office | | 5/28/22 |

| REASON FOR REPORT | ☐ ALLEGATION | ☐ ON THE JOB INJURY | ☒ USE OF FORCE | ☐ INJURY | ☐ OTM RETURNS |
|---|---|---|---|---|---|
| ☒ UNUSUAL OCCURRENCE | ☐ PRE AD/SEG ADMISSION | ☐ R&R | ☒ OTHER Fight | | |

| NAME | LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|---|
| | Pope | Nehemiah J. | V71862 | NA | NA |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B5 Building | 5/22/22 | 1423 | 1447 | 2/a/22 1533 | NA |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

➡ " IM refusing this Medical assessment " ➡

Witness: Dep Martinez E. / CO

| INJURIES FOUND? | YES / NO | |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| Swollen Area | 10 | |
| Pain | 11 | |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 | |
| Skin Flap | 15 | |
| Pre-Existing | 16 | |
| Other | 17 | |
| | 18 | |

Right / Left — Denies exposure

[Refuse Medical] Assessment.

Front     Back

| Chemical Agent Exposure? | (YES) / NO | OC Spray |
|---|---|---|
| Chem. Agent Exposure Area | NA | EX |
| Decontaminated w/ Water? YES / NO / REFUSED | NA | |
| Decontaminated w/ Air? YES /NO / REFUSED | NA | |
| Self-decontamination Instructions given ? | YES / (NO) | |
| Staff issued Exposure packet ? | YES / (NO) | |

Q 15 min. check times

| Initial | NA | 1st Check | NA |
|---|---|---|---|
| 2nd Check | NA | Final | NA |

| TIME/DISPOSITION | RTC @ / 1448 |
|---|---|

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| M. Dong W RN | | Wed Thurs | B-medical |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000039250**

**ELECTRONIC DOCUMENT**

**PAGE:** 42
**PROCESSED:** 05/26/2022  18:11
**REQUESTOR:** M. Madsen

**DOCUMENT TYPE:** Medical Report of Injury or Unusual Occurrence
**TITLE:** 7219 Tunstall AH8434
**PREPARED BY STAFF MEMBER INVOLVED:** C. Alapisco
**PAGE NUMBER:**       1

**(If document file type is supported, document will start on the next page)**

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION SVSP | LOCATION OF EVALUATION B - Grim Hlc #1 | DATE 5/22/2022 |
|---|---|---|

REASON FOR REPORT ☐ ALLEGATION   ☐ ON THE JOB INJURY   ☒ USE OF FORCE ☒ INJURY   ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE   ☐ PRE AD/SEG ADMISSION   ☐ R&R   ☒ OTHER Battery on IIP

| NAME LAST Tunstall | FIRST Daquan Lenell | CDCR NUMBER AH8434 | PERNR / INST. ID # n/a | VISITOR ID # (SOMS) n/a |
|---|---|---|---|---|

| PLACE OF OCCURRENCE B5 = Building | DATE OF OCCURRENCE 5/22/2022 | TIME OF OCCURRENCE 1423 h | TIME SEEN 1440 | RN NOTIFIED TIME 1537 Lclc | PHYSICIAN NOTIFIED TIME n/a |
|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

" NO Comment."

| INJURIES FOUND? | YES | NO | |
|---|---|---|---|
| Abrasion/Scratch | | | 1 |
| Active Bleeding | | | 2 |
| Broken Bone | | | 3 |
| Bruise/Discolored Area | | | 4 |
| Burn | | | 5 |
| Dislocation | | | 6 |
| Dried Blood | ⑦ | | |
| Fresh Tattoo | | | 8 |
| Cut/Laceration/Slash | ⑨ | | |
| Swollen Area | | | 10 |
| Pain | | | 11 |
| Protrusion | | | 12 |
| Puncture | | | 13 |
| Reddened Area | | | 14 |
| Skin Flap | | | 15 |
| Pre-Existing | | | 16 |
| Other | | | 17 |
| | | | 18 |

| Chemical Agent Exposure? | YES | NO |
|---|---|---|

Chem. Agent Exposure Area: Yes   EX

Decontaminated w/ Water? YES / NO / REFUSED

Decontaminated w/ Air? YES / NO / REFUSED

Self-decontamination Instructions given ? YES / NO

Staff issued Exposure packet ? YES / NO

Q 15 min. check times

| Initial 1440 | 1st Check 1455 |
|---|---|
| 2nd Check 1510 | Final 1525 |

TIME/DISPOSITION RTC @ 1527h

REPORT COMPLETED BY/TITLE (PRINT AND SIGN) _____ LVN

| PERNR | RDOs S/S | ASSIGNMENT AREA B-med |
|---|---|---|

Right    Left
Front    Back

⑦, ⑨

# EXHIBIT COVER PAGE

C

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____1_____ pages.

JURISDICTION:   (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☑ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION SVSP-Facility B | INMATE'S NAME POPE, JACOBY N. | CDC NUMBER V71862 |
|---|---|---|

### REASON(S) FOR PLACEMENT *(PART A)*

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY   ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
Inmate Pope (V71862) on Monday, May 23, 2022, you are being placed in Administrative Segregation for Enemy Concerns.

Specifically, on May 3, 2022, you were the victim of a battery by seven (7) inmates (7 on 1). The six inmates were identified as Tunstall (AH8434), Lacey (BI424), (BO7662), Newsome (BM9966), Newsome (AS2262), Bailey (AX9562), and Johnson (V54782). Based on this information, you now have validated enemy concerns on Facility B. Therefore your continued presence on Facility B poses a threat to the safety and security of the institution and inmate population, and you shall be placed in administrative segregation and the above mentioned inmates will be added to your observation alert as your enemies.

An Institutional Classification Committee (ICC) will convene on your behalf to review for future housing and programming needs. You will be scheduled to appear before this ICC for an ASU initial. You will have the opportunity to participate in this hearing and you should be prepared to discuss your case factory, enemy situations, and any other issues which might affect this decision. As a result of your ASU placement, your credit earning, privilege group, and visiting status are subject to change. This placement is being ordered by Correctional Lieutenant J. Parks.

HOUSING: Single cell pending ICC
MHSDS: CCCMS
TABE: 10.
DPPV: DPH
DDP: NCF
DME: Hearing Disability Vest

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU PLACEMENT 05/23/2022 | SEGREGATION AUTHORITY'S PRINTED NAME J. Parks | SIGNATURE J. Parks | TITLE Lieutenant |
|---|---|---|---|

| DATE NOTICE SERVED 05/23/2022 | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|

| ☐ INMATE REFUSED TO SIGN *XTS* | INMATE SIGNATURE | CDC NUMBER V71862 |
|---|---|---|

You were identified with a disability of:
☑ Hearing   ☐ Speech   ☐ Learning Disability   ☐ TABE under 4.0 / no TABE   ☐ Developmental Disability   ☐ CCCMS   ☐ EOP

*[handwritten top left]* optimism

*optimism* *[vertical left margin, repeated handwriting]*

☐ Foreign Language Speaking

Method
☑ POPE, JACOBY NEHEMIAH reiterated in his own words, what was explained

☑ POPE, JACOBY NEHEMIAH provided appropriate, substantive responses to questions asked

☑ POPE, JACOBY NEHEMIAH asked appropriate questions regarding the information provided

☐ POPE, JACOBY NEHEMIAH did not appear to understand the communication, even though the primary method of

☐ Other

Assistance Provided
☐ Use of Full Page Magnifier

☑ Read aloud Documents to POPE, JACOBY NEHEMIAH

☐ Sign Language Interpreter

☑ Lip Reading (spoke facing the inmate)

☐ Written Notes

☐ Language Interpreter

☑ Simple English spoken slowly and clearly

☐ POPE, JACOBY NEHEMIAH was wearing his/her hearing aid(s)

☐ POPE, JACOBY NEHEMIAH stated he did not need any assistance for Effective Communication

☑ Gave additional time

☑ Rephrased sentence

☐ Other

Provider

Name:      Title: S. Ando    (LT)

*[handwritten right column]*
1) Officers were assaulted by black inmates in 1 Blk

2) While still on PSR for missing contraband from LT's office, and not Mayth incident where multiple staff were injured or assaulted. 5 unidentified inmates I was attacked in my cell by

"We were on the PSR for missing contraband from the LT's office and while on PSR we were afforded a shower program, in which every 72 hours the upper tier and lower tier on each bldg. would be allowed to take a shower one cell at w/o cuffstatus at a time. When that cell finished showering the other cell was let at w/o cuff status to shower. I believe the officers on shift were made at me and committed reprisal. When Effective Communication was denied"

---

## ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the administrative review by Captain or higher on the first working day following placement.

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE | | |
|---|---|---|---|---|---|
| IS THIS INMATE: | | | | | |
| LITERATE? | ☐ YES | ☐ NO | ASU IS FOR DISCIPLINARY REASONS | | ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES | ☐ NO | EVIDENCE COLLECTION BY IE IS UNNECESSARY | | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES | ☐ NO | INMATE DECLINED ANY IE | | ☐ NO |
| FREE OF MHSDS NEEDS? | ☐ YES | ☐ NO | DECLINED FIRST IE ASSIGNED | | |
| DECLINED FIRST STAFF ASSISTANT | ☐ YES | | | | |

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ___2___ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Applellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

**SVSP - Salinas Valley State Prison**

Patient:                     **POPE, JACOBY NEHEMIAH**
DOB/Age/Birth Gender:   10/10/1983 /   38 years     /   Male         CDCR: V71862

| *Assessment Forms* |
|---|

Best Motor Response :  Obeys commands
Glasgow Coma Score :   15

<div align="right">Gitova, Emily LVN - 5/23/2022 22:02 PDT</div>

**Interventions**
CPR :  No
AED :  No
Oxygen-amb :  No
Fr-Artificial Airway :  No
Bleeding Control Initiated :  No
Immobilization Applied :  No

<div align="right">Gitova, Emily LVN - 5/23/2022 22:02 PDT</div>

**Disposition**
Equipment Accompanying Patient :  N/A
Patient Verified with ID :  Yes
Name of the Chaperone :  MEDICAL AND CUSTODY.
Nurse Giving Report :  Gitova, Emily LVN
Nurse Receiving Report :  Kenneth Lalas, RN
Date/Time Nurse Received Report :  5/23/2022 21:01 PDT
Transfer From :  B CLINIC
Other Special Hand-off Report :  HEAD INJURY.( FACIAL AREA.)
Fr-Patient-Inmate Sent to :  TTA
Fr-Transported Via :  Gurney
Health Care Staff Involved in Care #1 :  Gitova, Emily LVN
Health Care Staff Involved in Care #2 :  Kenneth Lalas, RN
Fr-List the Staff who Involved in Care :  CO LOPEZ.

<div align="right">Gitova, Emily LVN - 5/23/2022 22:02 PDT</div>

<div align="center">

Emergency Severity Index Entered On:  5/27/2022 10:37 PDT
Performed On:  5/27/2022 10:30 PDT by Sumagang, Katherine RN

</div>

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: JACOBY POPE,DOB: 10/10/1983,,FIN:
10000001512000165V71862,Facility: SVSP,Encounter Type: Institutional Encounter

<div align="right">Sumagang, Katherine RN - 5/27/2022 10:36 PDT</div>

**ESI**
Does The Patient Require Immediate Life-Saving Intervention? :  No
Is This a High Risk Situation Where The Patient is Confused/Lethargic/Disoriented or in Severe Pain/Distress? :  No
How Many Different Resources Will This Patient Need? :  None
Recommended ESI Level :  5

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  60395870                              Print Date/Time:  9/23/2022 11:39 PDT

<div align="center">

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

</div>

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000001512000165V71862

\* Auth (Verified) \*

Page 1 of 4

 Natividad
1441 Constitution Blvd
Salinas, CA. 93906

Patient: POPE,JACOBY
Account Num: V722466935
Med Rec Num: M000836018
Location: EMERGENCY DEPARTMENT
Physician: LAWSON,ROBERT F MD
Date: 05/23/22

## Patient Visit Information

**You were seen today for:**

Victim of assault and battery
Cephalohematoma
Closed injury of head
Cervical myofascial strain

### Staff

Your caregivers today were:

Physician      LAWSON,ROBERT F MD
Nurse          TE

### Patient Instructions Reviewed

Head Injury
Discharge Instructions for Cervical Muscle Strain

    received 05/24/22 - 0025

### Activity Restrictions or Additional Instructions

Medically cleared to return to prison.  Head injury precautions.  Tylenol 650 mg every 4-6 hours
as needed for pain.  Follow-up with prison clinic.  Return if any questions or problems.  Take care
and God Bless.

### Follow-up

Please contact the following to make an appointment for follow-up care:

    OUTSIDE CLINIC

Note: Your health care plan may require a referral from your primary care provider prior to
making an appointment.

V71862

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000001512000165V71862

* Auth (Verified) *

Page 2 of 4

 **Natividad**
1441 Constitution Blvd
Salinas, CA. 93906

Patient: POPE,JACOBY
Account Num: V722466935
Med Rec Num: M000836018
Location: EMERGENCY DEPARTMENT
Physician: LAWSON,ROBERT F MD
Date: 05/23/22

## Head Injury

HEAD INJURY

You have had a head injury. It does not appear serious at this time. Sometimes symptoms of a more serious problem (bruising or bleeding in the brain) may appear later. Therefor, watch for the WARNING SIGNS listed below.

HOME CARE

1.) During the next 24 hours someone must stay with you. This person should WAKE YOU EVERY TWO HOURS to check for the signs below.

2.) If you have swelling of the face or scalp, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes every 1-2 hours until the swelling starts to go down.

3.) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control the pain, unless another pain medicine was prescribed. NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

FOLLOW UP with your doctor or this facility if you do not start to improve within the next 24 hours.

RETURN PROMPTLY or contact your doctor if any of the following occur:

- Repeated vomiting
- Severe or worsening headache or dizziness
- Unusual drowsiness or unable to awaken as usual
- Unequal pupils
- Confusion or change in behavior or speech
- Convulsion (seizure)
- Increasing scalp or face swelling
- Redness, warmth or pus at the site of injury



POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000000151200016SV71862

* Auth (Verified) *

05/24/2022 TUE 2:53 FAX                                                    ☑002/003

---

Patient Name: **Pope, Jacoby**
Patient ID: **M000836018**

Date of Birth: **10-Oct-1983**
Age: **38 years**
Gender: **male**
Accession Number: 1822526.001
Location: **NMC**
Referring Physician: Robert Lawson

Study Date: **23-May-2022 23:36**
Procedure Types: **CT HEAD AND CSPINE**

*SALINAS VALLEY STATE PRISON RECEIVED MAY 24 2022 MEDICAL RECORDS*

**Verified**

---

# CT CT HEAD AND CSPINE

Patient: POPE, JACOBY  Time Out: 02:11
Exam(s): CT HEAD Without Contrast, CT C SPINE

EXAM:
   CT Head Without Intravenous Contrast

CLINICAL HISTORY:
   Special Notes: assaulted head and neck pain. DLP: 1345.00. CTDIVol:
57.
70.

TECHNIQUE:
   Axial computed tomography images of the head/brain without
intravenous
   contrast. CTDI is 57.70 mGy and DLP is 1345.00 mGy-cm. One or more of
the following dose reduction techniques were used: automated exposure
control, adjustment of the mA and/or kV according to patient size, use
of
   iterative reconstruction technique. A total of 0 CT (Computed
Tomography)
   examinations and 0 myocardial perfusion studies have been performed on
this patient over the past 12 months.

COMPARISON:
   No relevant prior studies available.

FINDINGS:
   Brain: Unremarkable as visualized. No hemorrhage. No significant
white matter disease. No edema.
   Ventricles: Unremarkable as visualized.
   Bones/joints: Left nasal fracture chronicity uncertain, partly seen.

Page 1 of 2

JT18&2

SVSP

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
10000001512000165V71862

* Auth (Verified) *

05/24/2022 TUE 2:53  FAX                                              ☑003/003

Patient: Jacoby Pope  ID: M000836018  Study Date: 23-May-2022 23:36

Left zygomatic ORIF.
Soft tissues:  Scalp hematoma.
Sinuses:  Unremarkable as visualized.
Mastoid air cells:  Unremarkable as visualized.

IMPRESSION:
1.  No acute intracranial abnormality.
2.  Scalp hematoma.
3.  Left nasal fracture chronicity uncertain, partly seen.

EXAM:
CT Cervical Spine Without Intravenous Contrast

CLINICAL HISTORY:
Special Notes: assaulted head and neck pain. DLP: 1345.00. CTDIVol:
57.
70.

TECHNIQUE:
Axial computed tomography images of the cervical spine without intravenous contrast with coronal and sagittal reformats.  CTDI is 57.70 mGy and DLP is 1345.00 mGy-cm.  One or more of the following dose reduction techniques were used: automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique. A total of 0 CT (Computed Tomography) examinations and 0 myocardial perfusion studies have been performed on this patient over the past 12 months.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Vertebrae:  Unremarkable as visualized.  No acute fracture.
Discs/spinal canal/neural foramina:  No acute findings.  No high-grade spinal canal stenosis.
Soft tissues:  Unremarkable as visualized.

IMPRESSION:
No acute cervical spine abnormality.

Electronically signed by John Hotchkiss, MD on 05-24-22 at 0211

John Hotchkiss
24-May-2022 02:12

SALINAS VALLEY STATE PRISON
RECEIVED
MAY 24 2022
MEDICAL RECORDS

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000001512000165V71862

* Auth (Verified) *

MAY/25/2022/WED 11:29 AM   NMC HIM Department                    P. 003

**Natividad**
EMERGENCY DEPARMENT
1441 Constitution Blvd. Salinas, CA 93906
(831) 755-4111

**ED Provider Report**
Service Date: 05/23/22

Patient Name: JACOBY POPE
Age/Gender: 38/M
Health Dept. MRN:
Document: 0523-0154
Referring Location: Salinas Valley State Prison
ED Physician: LAWSON,ROBERT F MD
ED Provider Report
Copies To: ; ; ;
DATE OF SERVICE: 05/23/22

DOB: 10/10/1983
Acct: V722466935
M.R. M000836018
Location: EMERGENCY DEPARTMENT
Primary Care Physician: OUTSIDE CLINIC

### History of Present Illness
**MSE**
**Date of Service:** May 23, 2022
**Time Seen by Provider:** 22:45
**Airway:** Clear
**Breathing:** Breath Sounds Bilaterally
**Circulation:** Pulses Present
**Vital Signs Reviewed:** Yes

### General
**Chief Complaint:** Head Injury
**Stated Complaint:** ALTERCATION,INJURIES
**Source of Information:** Patient
**History Limitations:** no limitations

### Recent Travel
**Out of Country in Past Month:** No
**Fam/Frds Foreign Trav Past 6mo:** No

### History of Present Illness
**Initial Comments**
Jacoby Pope is a 38 black male from Salinas Valley State prison where he was allegedly assaulted yesterday with a laceration above his left eyebrow patient states he was assaulted again today second time by 6 or 7 people and hit with closed fist. The patient denies a loss of consciousness but does have facial and head pain and neck pain.
**Home Meds**
Medications reviewed per triage note.

### Past Medical History
**Hx Tetanus Toxoid Vaccination:**   Up To Date

**Medical History**
**Past Medical History:** Yes
**Hx Asthma:** Yes

**Surgical History**
**Past Surgical History:** Yes
**Past Surgical History Comment:** Testicular

**Psych History**

ct  Patient: JACOBY POPE Document: 0523-0154  Acct: V722466935

SALINAS VALLEY STATE PRISON
RECEIVED
MAY 25 2022
MEDICAL
RECORDS

Page 1 of 5

Natividad

V 71862

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000000151200016V71862

* Auth (Verified) *

MAY/25/2022/WED 11:29 AM    NMC HIM Department                                    P. 004

**Past Psychiatric History:** No

## Social History
**Patient Lives:** Prison
**Drug Use:** None

## Review
MD Review of Patient History:    Agree w/ Nursing Records

## Review of Systems
### All Systems
CONSTITUTIONAL: 38-year-old black male from Salinas Valley State prison presents emergency room after being assaulted by 6 or 7 people with his complaining of a headache facial pain and neck pain. Patient denies loss of consciousness. He reports a laceration above his left eyebrow was from an assault yesterday. No recent weight gain or loss, no fever or chills.

EYES: No blurred vision or double vision.

HEENT: Positive headache or neck pain. No ear pain, no nasal congestion, no sore throat.

CARDIOVASCULAR: No chest pain, or palpitations.

RESPIRATORY: No cough, no shortness of breath.

GASTROINTESTINAL: No abdominal pain. No nausea, vomiting or diarrhea

GENITOURINARY: No dysuria urgency or frequency.

MUSCULOSKELETAL: No boney or muscular pain or deformity reported.

INTEGUMENTARY: No rash reported.

NEUROLOGIC: Awake Alert and Oriented X 4. No numbness, tingling or weakness reported.

PSYCHIATRIC: Anxious but no delusions or hallucinations.

LYMPHATIC/HEMATOLOGIC: No report of significant lymphadenopathy.
**All systems:** Rev and neg except as stated in HPI

## Exam
### Vital Signs
RN Vital Signs have been reviewed: Yes, Temperature: 37.3, Source: Oral, Heart Rate: 73, Respiratory Rate: 18, BP: 128/80, Pulse Oximetry: 96

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 5/23/22 22:24 | 37.3 | 73 | 18 | | 96 | Room Air | | |

**Pulse Ox Interpretation:** Normal

### Physical Exam
CONSTITUTIONAL: 38-year-old black male from Salinas Valley State prison reports he was assaulted by 6 or 7 with fists. Patient denies loss of consciousness but complains of head and facial pain. Patient also reports that he has a laceration above his left seems very superficial was from an application yesterday also. Vital signs: Blood pressure is 128/80 pulse is 73 respiratory rate of 18 temp of 37.3 oxygen saturation 96%. Patient is 6 feet 1 inch tall weighs 180 pounds or 82 kg giving him a BMI of 23.9 kg per metered square.

ct Patient: JACOBY POPE Document: 0523-0154  Acct: V722466935

SALINAS VALLEY STATE PRISON
RECEIVED
MAY 25 2022
MEDICAL RECORDS

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
1000000151200016SV71862

* Auth (Verified) *

MAY/25/2022/WED 11:29 AM    NMC HIM Department                                    P. 005

EYES:  Pupils are equal and reactive to light. Extra ocular movements are intact.

HEENT:  Head superficial cephalohematomas to the forehead and the scalp, Neck supple minimal tenderness,TM's within normal limits, nose no hemorrhage or congestion, no pharyngeal erythema or exudates, no tonsillar enlargement.  Superficial vertical laceration to the medial aspect of the left patient states occurred yesterday during an altercation.

CARDIOVASCULAR:  Heart regular rate and rhythm, no murmur, no gallop or rub.

RESPIRATORY:  Lungs are clear to osculation, No wheezes, rales, or rhonchi.

GASTROINTESTINAL:  No abdominal tenderness, normal bowel sounds, no masses, or organomegaly.

GENITAL/RECTAL EXAM: Deferred.

UROLOGIC: No suprapubic or costophrenic angle tenderness.

MUSCULOSKELETAL:  No boney or muscular deformity noted.

SKIN: No rash noted.

NEUROLOGIC:  Awake alert oriented X 4, Cranial nerves II thru XII with grossly intact, Motor function 5/5 in all four extremities, DTR's plus two and symmetrical, Gait within normal limits.

HEMATOLOGIC/ LYMPHATICS: No lymphadenopathy noted

PSYCHIATRIC: Anxious.

### Results
**Imaging Comment**
Dr. Lawson's interpretation.
Head CT demonstrated soft tissue swelling to the left side of his head.  But no intracranial bleed or mass-effect.
Cervical spine demonstrates straightening but no acute fracture or subluxation.
Patient: POPE, JACOBY  Time Out: 02:11
Exam(s): CT HEAD Without Contrast, CT C SPINE

EXAM:
  CT Head Without Intravenous Contrast

CLINICAL HISTORY:
  Special Notes: assaulted head and neck pain. DLP: 1345.00. CTDIVol: 57.70.

TECHNIQUE:
  Axial computed tomography images of the head/brain without intravenous contrast.  CTDI is 57.70 mGy and DLP is 1345.00 mGy-cm.  One or more of the following dose reduction techniques were used: automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique. A total of 0 CT (Computed Tomography) examinations and 0 myocardial perfusion studies have been performed on this patient over the past 12 months.

COMPARISON:
  No relevant prior studies available.

ct  Patient: JACOBY POPE Document: 0523-0154  Acct: V722466935

Page 3 of 5

Natividad

SALINAS VALLEY STATE PRISON
RECEIVED
MAY 25 2022
MEDICAL
RECORDS

SVSP

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
10000001512000165V71862

* Auth (Verified) *

MAY/25/2022/WED 11:29 AM    NMC HIM Department                    P. 006

FINDINGS:
  Brain: Unremarkable as visualized. No hemorrhage. No significant white matter disease. No edema.
  Ventricles: Unremarkable as visualized.
  Bones/joints: Left nasal fracture chronicity uncertain, partly seen. Left zygomatic ORIF.
  Soft tissues: Scalp hematoma.
  Sinuses: Unremarkable as visualized.
  Mastoid air cells: Unremarkable as visualized.

IMPRESSION:
  1. No acute intracranial abnormality.
  2. Scalp hematoma.
  3. Left nasal fracture chronicity uncertain, partly seen.

---

EXAM:
  CT Cervical Spine Without Intravenous Contrast

CLINICAL HISTORY:
  Special Notes: assaulted head and neck pain. DLP: 1345.00. CTDIVol: 57.70.

TECHNIQUE:
  Axial computed tomography images of the cervical spine without intravenous contrastwith coronal and sagittal reformats. CTDI is 57.70 mGy and DLP is 1345.00 mGy-cm. One or more of the following dose reduction techniques were used: automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique. A total of 0 CT (Computed Tomography) examinations and 0 myocardial perfusion studies have been performed on this patient over the past 12 months.

COMPARISON:
  No relevant prior studies available.

FINDINGS:
  Vertebrae: Unremarkable as visualized. No acute fracture.
  Discs/spinal canal/neural foramina: No acute findings. No high-grade spinal canal stenosis.
  Soft tissues: Unremarkable as visualized.

IMPRESSION:
  No acute cervical spine abnormality.

Electronically signed by John Hotchkiss, MD on 05-24-22 at 0211
ct  Patient: JACOBY POPE Document: 0523-0154   Acct: V722466935

**Natividad**



SVSP

POPE, JACOBY NEHEMIAH
10/10/1983

V71862
10000001512000165V71862

* Auth (Verified) *

MAY/25/2022/WED 11:29 AM    NMC HIM Department                          P. 007

### Medical Decision Making
**ED Course/Discussion**
Records, Consultations, Interventions, Procedures
**Medical Course**
Head and cervical spine CT appear to be normal at this time. Patient has some facial abrasions and lacerations none of which need to be repaired at this time. Patient will be medically cleared to return to Salinas Valley State prison. Patient is to have a head injury instruction. Patient may return if any questions or problem
**Differential Diagnoses**
Victim of an assault and battery, closed head injury, cervical strain versus fracture.

### Departure
**Impression:**
    **Primary Impression:**
      Victim of assault and battery
    **Additional Impressions:**
      Closed injury of head
      **Qualified Codes:** S09.90XA - Unspecified injury of head, initial encounter
      Cephalohematoma
      Cervical myofascial strain
      **Qualified Codes:** S16.1XXA - Strain of muscle, fascia and tendon at neck level, initial encounter
**Disposition:** JAIL/PRISON/JUVENILE
**Condition:** Stable
**Departure Plan**
**Patient Instructions:** DI for Cervical Muscle Strain, Head Injury

**Discharge/Admission Plan:**
Medically cleared to return to prison. Head injury precautions. Tylenol 650 mg every 4-6 hours as needed for pain. Follow-up with prison clinic. Return if any questions or problems. Take care and God Bless.
**Referrals:**
OUTSIDE CLINIC (PCP)


LAWSON,ROBERT F MD                                         May 23, 2022 23:09

Electronically Signed By: LAWSON,ROBERT F MD 05/24/22 1633


ct Patient: JACOBY POPE Document: 0523-0154   Acct: V722466935

Page 5 of 5

Natividad

SVSP

Patient Name: POPE, JACOBY NEHEMIAH
Date of Birth: 10/10/1983

MRN: V71862
FIN: 10000001512000165V71862

\* Auth (Verified) \*



**SVSP - Salinas Valley State Prison**

Patient:      **POPE, JACOBY NEHEMIAH**
DOB/Age/Sex:  10/10/1983 / 39 years      / Male          CDCR: V71862

| *Mental Health Documentation* |
|---|

Document Type:                    MHMD Progress Note
Document Subject:                 Free Text Note
Service Date/Time:                6/3/2022 09:25 PDT
Result Status:                    Auth (Verified)
Perform Information:              Sharman,Zachary Psychiatrist (6/3/2022 09:25 PDT)
Sign Information:                 Sharman,Zachary Psychiatrist (6/3/2022 10:35 PDT)
Authentication Information:       Sharman,Zachary Psychiatrist (6/3/2022 10:35 PDT);
                                  Sharman,Zachary Psychiatrist (6/3/2022 10:35 PDT);
                                  Sharman,Zachary Psychiatrist (6/3/2022 09:30 PDT);
                                  Sharman,Zachary Psychiatrist (6/3/2022 09:27 PDT);
                                  Sharman,Zachary Psychiatrist (6/3/2022 09:26 PDT)

S/O
38yo seen and treatment plan reviewed.
CCCMS
Adseg
Preferred Pronouns and Honorifics were reviewed and any mistakes I may make in my documentation in referencing the individual are unintentional
Pt is diagnosed with unspecified anxiety disorder.
Reports he was assaulted in cell recently which has exacerbated chronic anxiety symptoms including sleep. "They sent 5 dudes to get me". Endorses early and middle insomnia and bad dreams
Reports hydroxyzine prn effective for anxiety in past but does not want to feel sedated.
Reports Lexapro at low dose was effective in past but had side effects when dose increased.
Pt reports he experiences chronic fatigue which leads to anhedonia. Pt understands fatigue is a symptom of thalassemia. "My mom says it from my West African blood".
Reports history of multiple TBI's (MVA's, football) and acknowledges there was a connection between sequelae of TBI and going to prison. Also suffered hearing loss due to TBI.
Denies emergent MH concerns.
MSE: Alert Calm Adequate social reciprocity Normoproductive speech Affect stable Denies SI/HI TP linear TC relevant Cognition intact I/J intact
A/P/E
unspecified anxiety d/o - recent assault exacerbatred condition
clonidine 0.1 mg qhs for nightmares related to recent assault - informed consent d/w pt and signed
Treatment plan changes discussed with patient and are indicated to target condition
Risks and benefits of treatment discussed with patient – patient expressed understanding
Educated patient that treatment plan may be changed due to appointment/and or lab refusals
Educated patient to contact staff if experiences SI/HI – patient expressed understanding
Risk management: Pt's current level of care appropriate to manage individual risk
Educated patient to utilize available mental health, dental and medical services via contacting staff and/or using 7362 to address individual needs – patient expressed understanding
Patient will have a routine follow up every 90 days or as clinically indicated

**Encounter Info:** Patient Name: JACOBY POPE,DOB: 10/10/1983,CDCR: V71862,FIN: 10000001512000165V71862,Facility: SVSP,Encounter Type: Institutional Encounter

Report Request ID:    61425558                          Print Date/Time:    10/19/2022 11:01 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**SVSP - Salinas Valley State Prison**

Patient:        **POPE, JACOBY NEHEMIAH**
DOB/Age/Sex:  10/10/1983 / 39 years      / Male          CDCR: V71862

## Mental Health Documentation

Document Type:                   MHPC Consult Urgent Progress Note
Document Subject:                MH PC Note
Service Date/Time:               6/1/2022 11:05 PDT
Result Status:                   Auth (Verified)
Perform Information:             Russell,Matthew Psychologist (6/1/2022 11:56 PDT)
Sign Information:                Russell,Matthew Psychologist (6/1/2022 11:56 PDT)
Authentication Information:      Russell,Matthew Psychologist (6/1/2022 11:56 PDT)

**Inmate's Program and Level of Care**
ASU CCCMS

**New Issues/Complaints**
Pt complained of problems with sleep and anxiety that he related to possible PTSD from being attacked 2x recently.

**Mental Status**
Appearance: **prison whites**
Attitude: **cooperative**
Activity: **no psychomotor retardation or agitation observed**
Mood: **anxious**
Affect: **tired**
Speech: **stuttering, hyperverbal**
Language: **fluent**
Attention and Concentration: intact
Thought Process: **linear and goal-directed**
Thought Content: **appropriate to context**
Perception: **intact**
Cognition: **logical**
Insight: **good**
Judgment: **fair**

**Assessment/Progress Towards Discharge**
Pt reported symptoms consistent with PTSD and will be given a provisional Dx of PTSD that will be made confirmed if symptoms persist for 1 month past the battery. In regards to pt's existential problems, pt and MHPC conducted life review and pt discussed finding his purpose as a parent and wanting to be a better husband and that it altered his negative thoughts. Pt was receptive to MHPC recommendations for relaxation techniques and was advised to consider medication to address his problems.

**Plan/Disposition**
pt to use relaxation techniques and write 7362 for psychiatry. pt advised to write 7362 for PRN 1:1's. Continue CCCMS plan of care.

**Subjective/History of Present Illness**
Pt reported problems with sleep; anxiety pt related increased symptoms to being attacked recently while he was sleeping pt reported existential anxiety / worries

**Problem List/Past Medical History**
Ongoing
Asthma
Dysphagia
Healthcare maintenance
Hearing loss
Intermittent asthma
Thalassemia trait, alpha
Unspecified depressive disorder
Historical
Seizure

**IPOC Goals**
**Current IPOCs**
**Goals():**
Protocol Episodic(Initiated)  05/27/2022 09:23
**Constipation/Diarrhea**
Protocol Episodic(Initiated)  04/07/2021 11:02
**Resp. Infection/Rhinitis/Pharyngitis**
Protocol Episodic(Initiated)  10/01/2020 13:31
**Allergic Reaction**
Protocol Episodic(Initiated)  10/01/2020 13:29
**Allergic Reaction**
Protocol Episodic(Initiated)  08/11/2020 12:30
**Musculoskeletal**
Protocol Episodic(Initiated)  06/22/2020 11:50
**Resp. Infection/Rhinitis/Pharyngitis**
Protocol Episodic(Initiated)  05/18/2020 11:13
**Resp. Infection/Rhinitis/Pharyngitis**
Depressed Mood IPOC(Initiated)  04/08/2020 13:17
**Indicators & Orders**
Depressed Mood IPOC(Initiated)  04/08/2020 13:17
**Outcomes & Interventions**
**Outcomes(Initiated):**
Reduce depressed mood - rated as a 2 or

---

Report Request ID:    61425558                              Print Date/Time:   10/19/2022 11:01 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____1_____ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appllellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

Lay-In - Text                                    POPE, JACOBY NEHEMIAH - V71862

Lay-In Entered On: 11/29/2022 12:12 PST
Performed On: 11/29/2022 12:09 PST by Bencito, Cony NP

**Patient Encounter Information**
*ENCTR Information :* Encounter Info: Patient Name: JACOBY POPE,DOB: 10/10/1983,,FIN:
10000001012000165V71862,Facility: COR,Encounter Type: Institutional Encounter

Bencito, Cony NP - 11/29/2022 12:09 PST

**Lay-In**
*Injured at Work :* No
*Work Status :* Return to work with restrictions

Bencito, Cony NP - 11/29/2022 12:09 PST

Work Restrictions Grid
*Lifting :* Occasionally
*Standing/Walking :* Occasionally

Bencito, Cony NP - 11/29/2022 12:09 PST

*Weightlifting Capabilities :* 0-10 lbs
*Work Status Comment :* no prolonged standing for more than 1 hour each time; pls allow to sit at intervals

Bencito, Cony NP - 11/29/2022 12:09 PST

**Completed Action List:**
* Perform by Bencito, Cony NP on November 29, 2022 12:09 PST
* Sign by Bencito, Cony NP on November 29, 2022 12:09 PST
* VERIFY by Bencito, Cony NP on November 29, 2022 12:09 PST

| | |
|---|---|
| Result type: | Lay-In - Text |
| Result date: | November 29, 2022 12:09 PST |
| Result status: | Auth (Verified) |
| Result title: | Lay-In |
| Performed by: | Bencito, Cony NP on November 29, 2022 12:09 PST |
| Verified by: | Bencito, Cony NP on November 29, 2022 12:09 PST |

Printed by:    Bencito, Cony NP                         Page 1 of 1
Printed on:    11/29/2022 12:12 PST

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                      _Central_ DISTRICT OF CALIFORNIA

8      Jacoby N. Pope Sr.

9              Plaintiff,

10     vs.                                              No.

11     Treat Allen, M. Thomas, S. Bangor, Ruiz, P. Soto,
       F. Covarrubias, J. Gislaviz, P. Ramirez-Ruiz,
12     G. Quiroz, T. Lopez,  Defendant(s).               PROOF OF SERVICE

13     _____ /

14         I, the undersigned, hereby certify that I am over the age of eighteen years and

15     on _Dec. 12Th_ ........................., 20 _22_ , I served a copy of ..........

16     _42. U.S.C. & 1983 Complaint Lawsuit_ ,

17     by placing a copy in a postage paid envelope addressed to the person hereinafter listed

18     by depositing said envelope in the United States Mail:

19

20

21

22     I declare under penalty of perjury that the foregoing is true and correct.

23

24     _____

25                                         (Signed)

26

Mr. Jaceby N. Pope Sr. V71862
CSP- Corcoran
P.O. Box 3471 / 3C05-107
Corcoran, CA. 93212



CORCORAN
STATE PRISON

US POSTAGE—PITNEY BOWES

ZIP 93212
02 4R
0000390423 JAN 13 2023

$ 009.55

ATTENTION: Pro Se Clerk

United States District Court
Central District of California
255 East Temple Street, Suite TS-134
Los Angeles, CA. 90012

**LEGAL MAIL**

LEGAL MAIL